| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| SOUTHERN DISTRICT OF IOWA |
| Case number *(if known)* _____  Chapter __11__ |

☐ Check if this an
   amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy        4/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**
**For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| 1. | Debtor's name | **Sivyer Steel Corporation** | |
|---|---|---|---|
| 2. | All other names debtor used in the last 8 years  Include any assumed names, trade names and *doing business as* names | | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **39-0617810** | |

| 4. | Debtor's address | Principal place of business | Mailing address, if different from principal place of business |
|---|---|---|---|
| | | **225 S.  33rd Street** | |
| | | **Bettendorf, IA 52722** | |
| | | Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Scott** | Location of principal assets, if different from principal place of business |
| | | County | |
| | | | Number, Street, City, State & ZIP Code |

| 5. | Debtor's website (URL) | **www.sivyersteel.com** |
|---|---|---|

| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
|---|---|---|
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor      **Sivyer Steel Corporation**                                        Case number (*if known*) _____
    Name

---

**7.   Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    3315

---

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

---

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | _____ | | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

---

Debtor   **Sivyer Steel Corporation**                                     Case number (*if known*) _____
_____
Name

---

**11.  Why is the case filed in**      *Check all that apply:*
     ***this district?***

     ■   Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
         preceding the date of this petition or for a longer part of such 180 days than in any other district.

     ☐   A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.  Does the debtor own or**    ■ No
     **have possession of any**
     **real property or personal**   ☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.
     **property that needs**
     **immediate attention?**
                                    **Why does the property need immediate attention?** (*Check all that apply.*)

                                    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
                                        What is the hazard? _____

                                    ☐ It needs to be physically secured or protected from the weather.

                                    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
                                        livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

                                    ☐ Other _____

                                    **Where is the property?** _____
                                                              Number, Street, City, State & ZIP Code

                                    **Is the property insured?**

                                    ☐ No

                                    ☐ Yes.   Insurance agency _____
                                            Contact name    _____
                                            Phone           _____

---

██    **Statistical and administrative information**

**13.  Debtor's estimation of**   .    *Check one:*
     **available funds**
                                 ■ Funds will be available for distribution to unsecured creditors.

                                 ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.  Estimated number of**   ☐ 1-49                  ☐ 1,000-5,000          ☐ 25,001-50,000
     **creditors**            ☐ 50-99                 ☐ 5001-10,000          ☐ 50,001-100,000
                             ☐ 100-199               ☐ 10,001-25,000        ☐ More than100,000
                             ■ 200-999

---

**15.  Estimated Assets**    ☐ $0 - $50,000            ☐ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion
                            ☐ $50,001 - $100,000      ■ $10,000,001 - $50  million    ☐ $1,000,000,001 - $10 billion
                            ☐ $100,001 - $500,000     ☐ $50,000,001 - $100 million    ☐ $10,000,000,001 - $50 billion
                            ☐ $500,001 - $1 million   ☐ $100,000,001 - $500 million   ☐ More than $50 billion

---

**16.  Estimated liabilities**   ☐ $0 - $50,000            ☐ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion
                                ☐ $50,001 - $100,000      ■ $10,000,001 - $50  million    ☐ $1,000,000,001 - $10 billion
                                ☐ $100,001 - $500,000     ☐ $50,000,001 - $100 million    ☐ $10,000,000,001 - $50 billion
                                ☐ $500,001 - $1 million   ☐ $100,000,001 - $500 million   ☐ More than $50 billion

---

Debtor    **Sivyer Steel Corporation**
Name                                                                    Case number (*if known*)

---

██    **Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature
   of authorized
   representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 14, 2018**
               MM / DD / YYYY

**X** **/s/ Keith Kramer**                                        **Keith Kramer**
Signature of authorized representative of debtor               Printed name

Title    **President**

---

**18. Signature of attorney**

**X** **/s/ Jeffrey D. Goetz**                              Date    **March 14, 2018**
Signature of attorney for debtor                                   MM / DD / YYYY

**Jeffrey D. Goetz**
Printed name

**Bradshaw, Fowler, Proctor & Fairgrave PC**
Firm name

**801 Grand Avenue,  Suite 3700**
**Des Moines, IA 50309-8004**
Number, Street, City, State & ZIP Code

Contact phone    **515-243-4191**        Email address    **www.bradshawlaw.com**

**IS #9999366 IA**
Bar number and State

**Fill in this information to identify the case:**

Debtor name     **Sivyer Steel Corporation**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF IOWA

Case number (if known)    _____

☐ Check if this is an
amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| | **Declaration and signature** |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■    *Schedule H: Codebtors* (Official Form 206H)

■    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐    Amended *Schedule*

■    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐    Other document that requires a declaration    _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 14, 2018**          X */s/ Keith Kramer*
                                          Signature of individual signing on behalf of debtor

                                          **Keith Kramer**
                                          Printed name

                                          **President**
                                          Position or relationship to debtor

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Sivyer Steel Corporation** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF IOWA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| First Insurance Funding 450 Skokie Blvd, Suite 1000 Northbrook, IL 60062-7917 | | Financing for insurance coverage for property, cargo, freight, liability insurance | | | | $902,028.01 |
| General Electric Company 16201 Three Wide Drive E 206 Fort Worth, TX 76177 | | | | | | $884,349.00 |
| Canfield & Joseph, Inc. PO Box 471285 Tulsa, OK 74147 | | Foundry supplies provider | | | | $644,245.08 |
| Shenyang Jinli Metals & Minerals Import & Export Co. Ltd Room 15-4 No. 22 Shenyang 110014 CHINA | | | | | | $465,895.22 |
| JP Morgan Chase PO Box 4475 Carol Stream, IL 60197-4475 | | | | | | $447,690.02 |
| MidAmerican Energy Services, LLC PO Box 8019 Davenport, IA 52808-8019 | | | | | | $319,297.40 |
| Carpenter Brothers, Inc. Box 88113 Milwaukee, WI 53288-0113 | | | | | | $297,302.27 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor   **Sivyer Steel Corporation**
_____     Case number (if known) _____
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Godfrey & Kahn Bin #318 Milwaukee, WI 53288-0318** | | | | | | **$231,157.43** |
| **Richardson Manufacturing Co. 2209 Old Jacksonville Rd. Springfield, IL 62704** | | **Machine Shop** | | | | **$227,925.50** |
| **Smith S J Welding Supply 3707 W. River Dr. Davenport, IA 52802** | | **Gas cylinder, weld consumables, and safety provider** | | | | **$161,711.99** |
| **Ningbo Daming Precision Casting Co. Ltd. Hehua Bridge Yunlong Town Ningbo 315135 CHINA** | | | | | | **$148,787.36** |
| **BDI - Bearing Distributors Attn: Chip Gonezy 8000 Hub Parkway Cleveland, OH 44125** | | **Maintenance material provider** | | | | **$146,701.79** |
| **Foundry Sand Service, LLC 5401 Victoria Dr. Suite 100 Davenport, IA 52807** | | **Chromite provider** | | | | **$142,367.00** |
| **Alter Trading Corporation Lockbox 774903 4903 Solution Center Chicago, IL 60677-4009** | | | | | | **$139,430.33** |
| **American Colloid Co. NW 5020 PO Box 1450 Minneapolis, MN 55458-5020** | | | | | | **$137,925.80** |
| **ASI International LTD 1440 E 39th St. Cleveland, OH 44114** | | **Alloy provider** | | | | **$129,985.74** |
| **Cores for You 160 Hamilton Industrial Park Hamilton, IL 62341** | | | | | | **$111,969.31** |

| Debtor | **Sivyer Steel Corporation** | | | Case number *(if known)* | | |
|--------|------|--|--|--|--|--|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **RIM Logistics Ltd Deprtment 4026 PO Box 4653 Hinsdale, IL 60522-4653** | | | | | | $109,840.07 |
| **Manley Brothers of Indiana, Inc. PO Box 80 300 S. Vermillion st. Troy Grove, IL 61372-0080** | | Silica provider | | | | $101,696.68 |
| **MidAmerican Energy PO Box 8020 Davenport, IA 52808-8020** | | Utilities | | | | $91,683.60 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Sivyer Steel Corporation**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF IOWA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.........................................................................................   $     **3,300,000.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.........................................................................................   $     **13,139,012.42**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.........................................................................................   $     **16,439,012.42**

| Part 2: | Summary of Liabilities |
|---|---|

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................   $     **8,700,242.57**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................   $     **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................   +$     **9,654,706.48**

4. Total liabilities ........................................................................................................................
Lines 2 + 3a + 3b   $     **18,354,949.05**

**Fill in this information to identify the case:**

Debtor name    **Sivyer Steel Corporation**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF IOWA

Case number (if known)  _____

☐ Check if this is an
   amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
   Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number |

| | | | |
|---|---|---|---|
| 3.1. | **TBK Bank SSB - Subject to further accounting and audit** | **four checking accounts** | $0.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    |    $0.00

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1. | **Prepayment to Macawber Engineering, Inc. for services not yet performed and/or raw materials not yet received** | $1,158.00 |
| 8.2. | **Prepayment to Mid-States Specialty Sales for services not yet performed and/or raw materials not yet received** | $976.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **Sivyer Steel Corporation** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| 8.3. | Prepayment to MX Industrial Distributors for services not yet performed and/or raw materials not yet received | $995.00 |
| 8.4. | Prepayment to Ningbo Qianhao Metal Product Co. Ltd. for services not yet performed and/or raw materials not yet received | $44,204.00 |
| 8.5. | Prepayment to Ningbo Yinzhou Dingja Mold Factory for services not yet performed and/or raw materials not yet received | $374.00 |
| 8.6. | Prepayment to Ningbo Yong Chao Mould Co. Ltd. for services not yet performed and/or raw materials not yet received | $16,650.00 |
| 8.7. | Prepayment to Plant Equipment Co. Inc. for services not yet performed and/or raw materials not yet received | $1,756.00 |
| 8.8. | Prepayment to Pride Machine & Tool, Inc for services not yet performed and/or raw materials not yet received | $4,580.00 |
| 8.9. | Prepayment to  Quad City Testing Lab, Inc. for services not yet performed and/or raw materials not yet received | $1,184.00 |
| 8.10. | Prepayment to RAFAMET S.A. for services not yet performed and/or raw materials not yet received | $7,630.00 |
| 8.11. | Prepayment to R-Con NDT, Inc. for services not yet performed and/or raw materials not yet received | $18,358.00 |
| 8.12. | Prepayment to Recycling Solutions & Consultants for services not yet performed and/or raw materials not yet received | $33,880.00 |
| 8.13. | Prepayments to Refractory & Insulation Supply, Inc. for services not yet performed and/or raw materials not yet received | $49,650.00 |
| 8.14. | Prepayment to Republic Companies for services not yet performed and/or raw materials not yet received | $787.00 |
| 8.15. | Prepayment to Rilco Fluid Care, Inc. for services not yet performed and/or raw materials not yet received | $1,965.00 |
| 8.16. | Prepayments to Rock Island Lubricants, Inc. for services not yet performed and/or raw materials not yet received | $2,385.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Sivyer Steel Corporation** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| 8.17. | **Prepayments to RSSI for services not yet performed and/or raw materials not yet received** | **$95.00** |
| 8.18. | **Prepayments to Rogan, Inc. for services not yet performed and/or raw materials not yet received** | **$1,845.00** |
| 8.19. | **Prepayments to Simmers Crane Design & Service for services not yet performed and/or raw materials not yet received** | **$2,600.00** |
| 8.20. | **Prepayments to Smith S J Welding Supply for services not yet performed and/or raw materials not yet received** | **$16,283.00** |
| 8.21. | **Prepayment to Tag Communications, Inc. for services not yet performed and/or raw materials not yet received** | **$73.00** |
| 8.22. | **Prepayments to Tinker Omega Mfg. for services not yet performed and/or raw materials not yet received** | **$2,264.00** |
| 8.23. | **Prepayment to Tool House, Inc. for services not yet performed and/or raw materials not yet received** | **$1,445.00** |
| 8.24. | **Prepayment to Trimborn Tooling Design, LLC for services not yet performed and/or raw materials not yet received** | **$2,500.00** |
| 8.25. | **Prepayments subject to addional accounting and audit** | **$100,000.00** |

| 9. | **Total of Part 2.** | **$313,637.00** |
|---|---|---|
| | Add lines 7 through 8. Copy the total to line 81. | |

| Part 3: | **Accounts receivable** |
|---|---|

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.     **Accounts receivable**

| | 11a. 90 days old or less: | **2,124,086.00** | - | **0.00** | = .... | **$2,124,086.00** |
|---|---|---|---|---|---|---|
| | | face amount | | doubtful or uncollectible accounts | | |

| 12. | **Total of Part 3.** | **$2,124,086.00** |
|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | |

| Part 4: | **Investments** |
|---|---|

| Debtor | **Sivyer Steel Corporation** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

13. **Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes Fill in the information below.

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☑ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** Raw Materials - | **2/24/18** | **Unknown** | **cost basis** | **$1,190,278.73** |
| 20. | **Work in progress** work in process | **12/31/17** | **Unknown** | **Cost Basis** | **$4,078,636.00** |
| 21. | **Finished goods, including goods held for resale** Finished Goods | **12/31/17** | **Unknown** | **cost basis** | **$1,102,390.00** |
| | **Finished goods in transit** | **12/31/17** | **Unknown** | **cost basis** | **$67,745.00** |
| 22. | **Other inventory or supplies** Maintenance Inventory | **12/31/17** | **Unknown** | **cost basis** | **$1,144,879.69** |

23. **Total of Part 5.**

Add lines 19 through 22. Copy the total to line 84.

| |
|---|
| **$7,583,929.42** |

24. **Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes Fill in the information below.

| Debtor | **Sivyer Steel Corporation** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.

☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software Computer monitors, laptops, TV's, desktop computer, printers, routers, phones, servers - Subject to further accounting and audit** | **Unknown** | | **Unknown** |
| 42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43. **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| | |
|---|---|
| | **$0.00** |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
☑ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☐ No
☑ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.

☑ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **1998 Chevrolet C350 - Maintentance Truck** | **Unknown** | | **Unknown** |
| 47.2.  **2011 Freightliner Mw 106MD Leased Flatbed Truck from Ryder** | **Unknown** | | **Unknown** |
| 47.3.  **1995 GMC Stake Truck - flatbed truck** | **Unknown** | | **Unknown** |
| 47.4.  **2008 PJ Flatbed Trailer - trailer for patterns** | **Unknown** | | **Unknown** |

| Debtor | **Sivyer Steel Corporation** | | Case number *(If known)* | |
|---|---|---|---|---|
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| 47.5. | **2013 Ford F250 - pattern truck** | **Unknown** | | **Unknown** |
| 47.6. | **1994 Ford F250 - Snowplow truck** | **Unknown** | | **Unknown** |

| | | |
|---|---|---|
| 48. | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | |
| 49. | **Aircraft and accessories** | |
| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** **Machinery and Equipment appraised value as of 7/19/2017** | **Unknown**    **Appraisal**      **$3,117,360.00** |

| | | |
|---|---|---|
| 51. | **Total of Part 8.** | **$3,117,360.00** |
| | Add lines 47 through 50.  Copy the total to line 87. | |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
- ☐ No
- ■ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
- ☐ No
- ■ Yes

| Part 9: | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

- ☐ No.  Go to Part 10.
- ■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **225 S. 33rd St., Bettendorf, Iowa** | **Fee simple** | **Unknown** | **Appraisal** | **$3,300,000.00** |
| 55.2. **200 S. Bellingham, Bettendorf, Iowa (Building 1 and 3 leased from Meadows Warehousing Company)** | **Lessee** | **Unknown** | | **$0.00** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

| Debtor | **Sivyer Steel Corporation** | | Case number *(If known)* | |
|---|---|---|---|---|
| | Name | | | |

| 55.3. | **200 S. Bellingham, Bettendorf, Iowa (Building 2 and 4 leased from Meadows Warehousing Company)** | **Lessee** | **Unknown** | | **$0.00** |
|---|---|---|---|---|---|

| 56. | **Total of Part 9.** | | **$3,300,000.00** |
|---|---|---|---|

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

| **Part 10:** | **Intangibles and intellectual property** |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** **Multiple Export Licenses  issued by the US Dept of Commerce Bureau of Industry and Security.** | **Unknown** | | **$0.00** |
| **Iowa Department of Natural Resources Title V Air Quality Operating Permit expires 3/31/2019** | **Unknown** | | **$0.00** |
| **City of Davenport Public Works Department Industrial Wastewater Discharge Permit #C-B-057 expires 4/1/08** | **Unknown** | | **$0.00** |
| **State of Iowa Storm Water Discharge NPDES General Permit ISA1173-1462 expires 9/30/2018** | **Unknown** | | **$0.00** |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

| Debtor | **Sivyer Steel Corporation** | Case number *(If known)* | |
| --- | --- | --- | --- |
| | Name | | |

66.  **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| $0.00 |
| --- |

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?

■ No
☐ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No
☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 11: | All other assets |
| --- | --- |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **Sivyer Steel Corporation** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $313,637.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $2,124,086.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $7,583,929.42 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $3,117,360.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*........................................................> | | $3,300,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $13,139,012.42 | + 91b.   $3,300,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $16,439,012.42 |

**Fill in this information to identify the case:**

Debtor name __**Sivyer Steel Corporation**__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF IOWA__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

| | |
|---|---|
| 2. **List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral that supports this claim** |

| | | |
|---|---|---|
| **2.1** **Dell Financial Services L.L.C.**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**server equipment** | $3,724.98 | $3,724.98 |

**Mail Stop-PS2DF-23
One Dell Way
Round Rock, TX 78682**
Creditor's mailing address

Describe the lien
**Wisconsin UCC Financing Statment**
Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**4-4-16**
Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an
interest in the same property?
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

---

| | | |
|---|---|---|
| **2.2** **FCF Partners, LP**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**substantially all assets** | $300,000.00 | $300,000.00 |

**515 Crescent Lane
Thiensville, WI 53092**
Creditor's mailing address

Describe the lien
**Junior/Subordinated Security Interest/Mortgage**
Is the creditor an insider or related party?
☐ No
■ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**9-8-16**
Last 4 digits of account number

Do multiple creditors have an
interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **Sivyer Steel Corporation**
_____
Name
Case number (if know) _____

☐ **No**
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Komatsu Mining** | Describe debtor's property that is subject to a lien | $628,000.00 | $628,000.00 |
|-----|--------------------|-----------------------------------------------------|

Creditor's Name

**manufactured goods**

**4400 West National Ave**
**Milwaukee, WI 53214-3684**

Creditor's mailing address

**Describe the lien**

**junior/subordinate security interest**

**Is the creditor an insider or related party?**

Creditor's email address, if known

☐ **No**
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ **No**
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an**
**interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☐ **No**
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Meadows Warehousing Company** | Describe debtor's property that is subject to a lien | $273,664.79 | $273,664.79 |
|-----|---------------------------------|------------------------------------------------------|

Creditor's Name

**Rent from March 2017 to March 2018**

**Attn: Sue Jarvis, President**
**PO Box 1720**
**Bettendorf, IA 52722**

Creditor's mailing address

**Describe the lien**

**Secured lease creditor**

**Is the creditor an insider or related party?**

Creditor's email address, if known

☐ **No**
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ **No**
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an**
**interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☐ **No**
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Scott County Treasurer** | Describe debtor's property that is subject to a lien | $49,476.00 | $49,476.00 |
|-----|----------------------------|------------------------------------------------------|

Creditor's Name

**Property Taxes**

**600 W 4th St.**
**Davenport, IA 52801-1003**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

☐ **No**

---

| Debtor | **Sivyer Steel Corporation** | Case number (if know) | |
|---|---|---|---|
| | Name | | |

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

**Last 4 digits of account number**

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.6 | **TBK Bank SSB** | Describe debtor's property that is subject to a lien | $7,440,370.00 | $7,440,370.00 |
|---|---|---|---|---|

Creditor's Name

**225 S. 33rd St., Bettendorf, Iowa**

**fka Triumph Community Bank NA**
**852 Middle Rd.**
**Bettendorf, IA 52722**

Creditor's mailing address

**Describe the lien**

**Blanket security interest; UCC; Mortgage**

**Is the creditor an insider or related party?**

Creditor's email address, if known

☐ No

■ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

**Last 4 digits of account number**

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.7 | **U.S. Bank Equipment Finance** | Describe debtor's property that is subject to a lien | $5,006.80 | $5,006.80 |
|---|---|---|---|---|

Creditor's Name

**Leasing of IT Equipment**

**1310 Madrid Street**
**Marshall, MN 56258**

Creditor's mailing address

**Describe the lien**

**Equipment Lease**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

**1-10-14**

**Last 4 digits of account number**

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Sivyer Steel Corporation** | | | Case number (if know) | |
|---|---|---|---|---|---|
| | Name | | | | |

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$8,700,242.57** |
|---|---|---|

---

**Part 2:**   List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Meadows Warehousing company**<br>**2250 W 76th St**<br>**Davenport, IA 52806** | Line __2.4__ | |
| **TBK Bank SSB**<br>**c/o J. Mark Fisher, Esq.**<br>**Schiff Hardin LLP**<br>**233 S. Wacker Dr., Ste. 7100**<br>**Chicago, IL 60606** | Line __2.6__ | |
| **TBK Bank, SSB**<br>**c/o Richard A. Davidson**<br>**220 N. Main St. Suite 600**<br>**Davenport, IA 52801-1987** | Line __2.6__ | |
| **US Bank Equipment Finance**<br>**PO Box 790448**<br>**Saint Louis, MO 63179-0448** | Line __2.7__ | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

3/14/18  9:02AM

**Fill in this information to identify the case:**

Debtor name      **Sivyer Steel Corporation**

United States Bankruptcy Court for the:      SOUTHERN DISTRICT OF IOWA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                                          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
    with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
| Date or dates debt was incurred | Basis for the claim:<br>**Notice only** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>**Iowa Department of Revenue**<br>**Hoover State Office Building**<br>**PO Box 10471**<br>**Des Moines, IA 50306-0471** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
| Date or dates debt was incurred | Basis for the claim:<br>**Notice only** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    38464                    Best Case Bankruptcy

| Debtor | **Sivyer Steel Corporation** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

Priority creditor's name and mailing address

**Iowa Workforce Development
Unemployment Insurance Tax
Bureau
1000 East Grand Ave.
Des Moines, IA 50319**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **$0.00**

Date or dates debt was incurred

Basis for the claim:
**notice only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$159.38** |

**2 & 92 Used Truck Parts, Inc.
PO Box 181
Silvis, IL 61282**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _
Is the claim subject to offset? ■ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | | **$8,233.65** |

**A & A Air Conditioning, Inc.
201 48th St
Moline, IL 61265**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Ice machines**
Is the claim subject to offset? ■ No  ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | | **$14,179.46** |

**A L L Equipment
PO Box 909
Moline, IL 61265**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _
Is the claim subject to offset? ■ No  ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | | **$1,103.20** |

**Acadian Lawn & Landscape
1921 127th Ave
Milan, IL 61264**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Lawn and landscape maintenance**
Is the claim subject to offset? ■ No  ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | | **$88,416.67** |

**Acro Manufacturing  Corporation
5429 North Towne Place
Cedar Rapids, IA 52402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _
Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Sivyer Steel Corporation** | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,391.09 |
|---|---|---|---|

**ADP Commercial Leasing, LLC**
**15 Waterview Blvd.**
**Parsippany, NJ 07054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __10/23/15__

Basis for the claim:  __Payroll implementation fee/outside payroll processor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,942.20 |
|---|---|---|---|

**ADP, LLC**
**PO Box 842875**
**Boston, MA 02284-2875**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,678.06 |
|---|---|---|---|

**Advanced Business Systems**
**4631 44th St.**
**Moline, IL 61265**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,300.00 |
|---|---|---|---|

**Advanced Environ. Testing & Abatement**
**7224 Jebens Ave**
**Davenport, IA 52806**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $370.00 |
|---|---|---|---|

**Aeromet Engineering Inc.**
**107 Adams St.**
**Jefferson City, MO 65101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $37,821.98 |
|---|---|---|---|

**Aerotek Commercial Staffing, Inc.**
**PO Box 198531**
**Atlanta, GA 30384-8531**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Aerotek, Inc.**
**c/o Blitt and Gaines, P.C.**
**2536 73rd Street**
**Urbandale, IA 50322**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __10-25-17__

Basis for the claim:  __Judgment__
__Scott County LACE129351__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Sivyer Steel Corporation** | | |
|---|---|---|---|
| | Name | Case number *(if known)* | |

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$90.00** |
|---|---|---|---|

**Ahlers & Cooney, P.C.**
**100 Court Ave, Suite 600**
**Des Moines, IA 50309**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **legal services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$30,143.17** |
|---|---|---|---|

**Airgas USA, LLC**
**PO Box 802576**
**Chicago, IL 60680-2576**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Bulk gas provider**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,250.00** |
|---|---|---|---|

**Airrco LLC**
**4 Deerwood Dr.**
**Blue Grass, IA 52726**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,434.98** |
|---|---|---|---|

**Alignex, Inc.**
**7200 Metro Blvd**
**Edina, MN 55439**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,110.95** |
|---|---|---|---|

**Allied Electronics**
**Accts Receivable Dept**
**PO Box 2325**
**Fort Worth, TX 76113**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,064.50** |
|---|---|---|---|

**Alltest, Inc.**
**4711 Brady St. Suite 35**
**Davenport, IA 52806-3955**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$139,430.33** |
|---|---|---|---|

**Alter Trading Corporation**
**Lockbox 774903**
**4903 Solution Center**
**Chicago, IL 60677-4009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Sivyer Steel Corporation** | Case number (if known) | |
|--------|------------------------------|------------------------|--|
| | Name | | |

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $15,966.52 |
|------|------|------|------|
| | **Altorfer Rents** | ☐ Contingent | |
| | **PO Box 1347** | ☐ Unliquidated | |
| | **Cedar Rapids, IA 52406-1347** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $17,505.00 |
|------|------|------|------|
| | **Altorfer, Inc.** | ☐ Contingent | |
| | **PO Box 1347** | ☐ Unliquidated | |
| | **Cedar Rapids, IA 52406-1347** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,068.94 |
|------|------|------|------|
| | **Ameralloy Steel Corporation** | ☐ Contingent | |
| | **7848 N. Merrimac** | ☐ Unliquidated | |
| | **Lisle, IL 60532-7090** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $62,286.94 |
|------|------|------|------|
| | **Ameri-source Specialty Products, Inc.** | ☐ Contingent | |
| | **5372 Enterprise Blvd** | ☐ Unliquidated | |
| | **Bethel Park, PA 15102** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $137,925.80 |
|------|------|------|------|
| | **American Colloid Co.** | ☐ Contingent | |
| | **NW 5020** | ☐ Unliquidated | |
| | **PO Box 1450** | ☐ Disputed | |
| | **Minneapolis, MN 55458-5020** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,480.31 |
|------|------|------|------|
| | **American Electric Control Corp.** | ☐ Contingent | |
| | **1600 W. 200 South** | ☐ Unliquidated | |
| | **Lindon, UT 84042** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $21,754.52 |
|------|------|------|------|
| | **American Express** | ☐ Contingent | |
| | **PO Box 650448** | ☐ Unliquidated | |
| | **Dallas, TX 75265-0448** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Sivyer Steel Corporation** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,620.00** |
|---|---|---|---|

**American Foundry Society**
**35169 Eagle Way**
**Chicago, IL 60678-1351**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,500.00** |
|---|---|---|---|

**American Pattern & CNC Works Inc.**
**5540 Westminster Dr.**
**Cedar Falls, IA 50613-6948**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,377.00** |
|---|---|---|---|

**Anderson Commercal Concrete, Inc.**
**21254 Brady St.**
**Davenport, IA 52806**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$129,985.74** |
|---|---|---|---|

**ASI International LTD**
**1440 E 39th St.**
**Cleveland, OH 44114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Alloy provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$54,325.68** |
|---|---|---|---|

**Ask Chemicals LP**
**495 Metro Place South, Ste. 250**
**Dublin, OH 43017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9-22-15**

Basis for the claim:  **TP coat (2) raw material**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,201.05** |
|---|---|---|---|

**Auburn Systems, LLC**
**800 Cummings Centers Suite 355W**
**Beverly, MA 01915**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,244.77** |
|---|---|---|---|

**Audiolgy Consultants PC**
**2215 E 52nd St. Suite 2**
**Davenport, IA 52807**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Sivyer Steel Corporation** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.34** | Nonpriority creditor's name and mailing address
**B & E Pattern Co.**
**N60 W152000 Bobolink Ave**
**Menomonee Falls, WI 53051**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pattern Shop**

Is the claim subject to offset? ■ No  ☐ Yes

**$37,100.00**

---

**3.35** | Nonpriority creditor's name and mailing address
**B & L Information Systems, Inc.**
**4707 Rambo Rd.**
**Bridgman, MI 49106**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$3,997.12**

---

**3.36** | Nonpriority creditor's name and mailing address
**Balcon**
**3215 Nebrska Ave**
**Council Bluffs, IA 51501**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$267.50**

---

**3.37** | Nonpriority creditor's name and mailing address
**Barton Solvents, Inc.**
**PO Box 970**
**Bettendorf, IA 52722-0017**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$273.00**

---

**3.38** | Nonpriority creditor's name and mailing address
**Batteries & Bulbs**
**901 E. Kimberly Rd.**
**Davenport, IA 52807**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Batteries & Bulbs supplier**

Is the claim subject to offset? ■ No  ☐ Yes

**$588.83**

---

**3.39** | Nonpriority creditor's name and mailing address
**BDI - Bearing Distributors**
**Attn: Chip Gonezy**
**8000 Hub Parkway**
**Cleveland, OH 44125**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Maintenance material provider**

Is the claim subject to offset? ■ No  ☐ Yes

**$146,701.79**

---

**3.40** | Nonpriority creditor's name and mailing address
**Behr Iron & Metal**
**32500 Collection Center Dr.**
**Chicago, IL 60693-0500**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$7,203.75**

---

| Debtor | **Sivyer Steel Corporation** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,266.00 |
|---|---|---|---|

**Berg Engineering & Sales, Inc.**
**3893 Industrial Ave**
**Rolling Meadows, IL 60008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,715.89 |
|---|---|---|---|

**Big River Equipment Co. Inc.**
**5875 State St.**
**Bettendorf, IA 52722**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $199.16 |
|---|---|---|---|

**Blackhawk Specialty Products, Inc.**
**Blackhawk Sales Company**
**2116 5th Ave**
**Rock Island, IL 61201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $479.72 |
|---|---|---|---|

**Block Ready Mix Group**
**3636 W. River Dr.**
**Davenport, IA 52802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $702.00 |
|---|---|---|---|

**Bodycote Thermal Processing**
**7316 Durand Ave**
**Melrose Park, IL 60160**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $95.00 |
|---|---|---|---|

**Bourn & Koch, Inc.**
**JP Morgan Chase**
**36856 Eagle Way**
**Chicago, IL 60678-1368**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,168.76 |
|---|---|---|---|

**Bowe Machine Co.**
**PO Box 1570**
**Bettendorf, IA 52722-1570**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Sivyer Steel Corporation** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,035.67** |
|---|---|---|---|

**Brake Products, Inc.**
**PO Box 23547**
**Chagrin Falls, OH 43301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Bremen Castings, Inc.**
**PO Box 10762**
**Fort Wayne, IN 46853-0762**

☒ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,040.00** |
|---|---|---|---|

**C-Spec**
**PO Box 5188**
**Concord, CA 94524**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,495.00** |
|---|---|---|---|

**The C.A. Lawton Co.**
**1950 Enterprise Dr.**
**PO Box 5430**
**De Pere, WI 54115-5430**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,004.60** |
|---|---|---|---|

**Cal-Rite Corporation**
**1665 Quincy Ave #103**
**Naperville, IL 60540**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$644,245.08** |
|---|---|---|---|

**Canfield & Joseph, Inc.**
**PO Box 471285**
**Tulsa, OK 74147**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Foundry supplies provider**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,148.00** |
|---|---|---|---|

**Canon Financial Services, Inc.**
**14904 Collections Center Dr.**
**Chicago, IL 60693-0149**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Sivyer Steel Corporation** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,029.87 |
|---|---|---|---|

**Carlin Automation Inc.**
PO Box 3431
1725 20th St.
Rock Island, IL 61201

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $297,302.27 |
|---|---|---|---|

**Carpenter Brothers, Inc.**
Box 88113
Milwaukee, WI 53288-0113

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $494.00 |
|---|---|---|---|

**CarQuest Auto Parts Stores**
PO Box 404875
Atlanta, GA 30384-4875

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $48.14 |
|---|---|---|---|

**Cartridge World - Utica**
5252 Utica Ridge Rd.
Davenport, IA 52807-3872

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,486.81 |
|---|---|---|---|

**Caterpillar Financial Services Corp**
PO Box 730669
Dallas, TX 75373-0669

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,017.69 |
|---|---|---|---|

**CDW Direct LLC**
PO Box 75723
Chicago, IL 60675-5723

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,284.00 |
|---|---|---|---|

**CEM Corporation**
12750 Collections Center Dr.
Chicago, IL 60693

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Sivyer Steel Corporation** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$379.09** |
|---|---|---|---|
| | **Certified Laboratories** | ☐ Contingent | |
| | **23261 Network Place** | ☐ Unliquidated | |
| | **Chicago, IL 60673-1232** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,585.77** |
|---|---|---|---|
| | **CH Robinson Co. Inc.** | ☐ Contingent | |
| | **PO Box 9121** | ☐ Unliquidated | |
| | **Minneapolis, MN 55480-9121** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _Trucking Services_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16,391.96** |
|---|---|---|---|
| | **Chemsearch** | ☐ Contingent | |
| | **23261 Network Place** | ☐ Unliquidated | |
| | **Chicago, IL 60673** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _Water treatments_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$83,600.00** |
|---|---|---|---|
| | **Christy Refractories Co. LLC** | ☐ Contingent | |
| | **PO Box 6167** | ☐ Unliquidated | |
| | **Carol Stream, IL 60197-6167** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,729.19** |
|---|---|---|---|
| | **Cintas Corporation #762** | ☐ Contingent | |
| | **PO Box 631025** | ☐ Unliquidated | |
| | **Cincinnati, OH 45263-1025** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$18,662.00** |
|---|---|---|---|
| | **Citibank NA c/o SGS North America** | ☐ Contingent | |
| | **PO Box 2502** | ☐ Unliquidated | |
| | **Carol Stream, IL 60132-2502** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _Testing of metals_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,478.93** |
|---|---|---|---|
| | **Citrix Online, LLC** | ☐ Contingent | |
| | **File 50264** | ☐ Unliquidated | |
| | **Los Angeles, CA 90074-0264** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Sivyer Steel Corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.69 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$41,568.00** |
|---|---|---|---|
| | **Coface North America, Inc.** | ☐ Contingent | |
| | **c/o James L. O'Brien Assoc Inc.** | ☐ Unliquidated | |
| | **1035 W. Lake St.** | ☐ Disputed | |
| | **Chicago, IL 60607-1726** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.70 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,008.36** |
|---|---|---|---|
| | **Communication Innovators Inc.** | ☐ Contingent | |
| | **1301 NE 56th St.** | ☐ Unliquidated | |
| | **Pleasant Hill, IA 50327** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.71 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,100.00** |
|---|---|---|---|
| | **Complete Heat Treating** | ☐ Contingent | |
| | **125 E. Greenfield Ave** | ☐ Unliquidated | |
| | **Milwaukee, WI 53204-2937** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.72 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,335.31** |
|---|---|---|---|
| | **Con-Way Freight** | ☐ Contingent | |
| | **PO Box 5160** | ☐ Unliquidated | |
| | **Portland, OR 97208-5160** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.73 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,744.00** |
|---|---|---|---|
| | **Conductix, Inc.** | ☐ Contingent | |
| | **PO Box 809090** | ☐ Unliquidated | |
| | **Chicago, IL 60680** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.74 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,276.89** |
|---|---|---|---|
| | **Continental Fire Sprinkler Co.** | ☐ Contingent | |
| | **4518 S. 133rd St.** | ☐ Unliquidated | |
| | **Omaha, NE 68137** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.75 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$717.10** |
|---|---|---|---|
| | **Control Application & Maintence, Inc.** | ☐ Contingent | |
| | **2832 5th St.** | ☐ Unliquidated | |
| | **Rock Island, IL 61201** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Sivyer Steel Corporation** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $384.00 |
|---|---|---|---|

**Control Specialists**
PO Box 6770
Evansville, IN 47719-0770

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $111,969.31 |
|---|---|---|---|

**Cores for You**
160 Hamilton Industrial Park
Hamilton, IL 62341

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $232,719.56 |
|---|---|---|---|

**Coventry Capital Partners, Inc.**
250 W. Coventry Ct. Suite 201
Milwaukee, WI 53217

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,722.00 |
|---|---|---|---|

**Crack Eliminator**
PO Box 235
Oak Creek, WI 53154

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,774.25 |
|---|---|---|---|

**Crane Pro Parts**
PO Box 644994
Pittsburgh, PA 15264-4994

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,204.53 |
|---|---|---|---|

**Crescent Electric Supply Company**
c/o Piper Hughes, Esq.
PO Box 2165
Cedar Rapids, IA 52406

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12-27-16**

Basis for the claim:  **Judgment**
**Scott County LACE128218**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,536.72 |
|---|---|---|---|

**CS Technologies**
PO Box 260
Eldridge, IA 52748-0260

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Sivyer Steel Corporation** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.83**

**Nonpriority creditor's name and mailing address**

**CT Corporation**
**PO Box 4349**
**Carol Stream, IL 60197-4349**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$162.80**

---

**3.84**

**Nonpriority creditor's name and mailing address**

**CT Products, LLC**
**c/o McDonald, Woodward & Carlson, P.C.**
**3432 Jersey Ridge Road**
**Davenport, IA 52807**

Date(s) debt was incurred  **5-25-17**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Judgment**
**Scott County LACE127974**

Is the claim subject to offset? ■ No ☐ Yes

**$79,961.34**

---

**3.85**

**Nonpriority creditor's name and mailing address**

**Culligan of Davenport**
**701 W. 76h St.**
**Davenport, IA 52806**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Water provider**

Is the claim subject to offset? ■ No ☐ Yes

**$856.00**

---

**3.86**

**Nonpriority creditor's name and mailing address**

**Dan's Overhead Doors**
**1810 Dan's Drive NW**
**North Liberty, IA 52317**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Overhead door parts and repair**

Is the claim subject to offset? ■ No ☐ Yes

**$5,385.51**

---

**3.87**

**Nonpriority creditor's name and mailing address**

**Davenport Electric Contract Co.**
**Po Box 4229**
**Davenport, IA 52808**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$84,878.60**

---

**3.88**

**Nonpriority creditor's name and mailing address**

**David J. Joseph Co.**
**Brokerage Services Division**
**PO Box 632960**
**Cincinnati, OH 45263-2960**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.89**

**Nonpriority creditor's name and mailing address**

**Hal Davis**
**920 College Ave**
**Davenport, IA 52803**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$2,713.17**

---

| Debtor | **Sivyer Steel Corporation** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.90** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,132.00**

**Dearboard Crane and Engineering Co**
**1133 E. Fifth St.**
**Mishawaka, IN 46544**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Heavy equipment crane rental**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.91** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$347.59**

**Dell Financial Services**
**Payment Processing Center**
**PO Box 5292**
**Carol Stream, IL 60197-5292**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.92** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$85,502.98**

**Dell Financial Services L.L.C.**
**PO Box 5292**
**Carol Stream, IL 60197-5292**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Judgment**
**Travis County, TX, #D-1-GN-17-001151**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.93** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,507.20**

**Dell Marketing LP**
**c/o Dell USA LP**
**PO Box 802816**
**Chicago, IL 60680-2816**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.94** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,538.13**

**Dietert Foundry Testing Equipment**
**9190 Roselawn**
**Detroit, MI 48204**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.95** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,084.39**

**Dimensional Graphics**
**1320 West Kimberly Rd.**
**Davenport, IA 52806**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.96** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,336.28**

**Direct Path**
**fka Labrinth Healthcare**
**633 w. Wisconsin Ave**
**Milwaukee, WI 53203**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Sivyer Steel Corporation** | Case number (if known) |
|---|---|---|
| | Name | |

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $390.99 |
|---|---|---|---|

**Diversified Benefit Services, Inc.**
PO Box 260
Hartland, WI 53029

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,997.02 |
|---|---|---|---|

**Diversified Nonferrous Tech Inc,**
PO Box 85
Trussville, AL 35173-0085

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,331.77 |
|---|---|---|---|

**Dohrn Transfer Company**
PO Box 83138
Chicago, IL 60691-0138

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trucking and material storage**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,080.00 |
|---|---|---|---|

**E91, Inc.**
PO Box 310055
Des Moines, IA 50331-0055

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $42,384.54 |
|---|---|---|---|

**Eagle Engineering, Inc.**
PO Box 64
2701 S. 1st St.
Eldridge, IA 52748

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Earle M. Jorgensen Co. Quad Cities**
75 Remittance Dr. Suite 6445
Chicago, IL 60675-6445

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,957.81 |
|---|---|---|---|

**Eastern Iowa Tire**
8528 Northwest Blvd
Davenport, IA 52806

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Sivyer Steel Corporation** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$14,432.00** |
|---|---|---|---|

**EasyPower, LLC**
**7730 SW Mohawk St.**
**Tualatin, OR 97062**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$900.00** |
|---|---|---|---|

**EDM ZAP Parts, Inc.**
**1108 Front St.**
**Lisle, IL 60532-2258**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,689.87** |
|---|---|---|---|

**Electronic Engineering**
**5000 Tremont Ave Suite 201**
**Davenport, IA 52807**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,111.29** |
|---|---|---|---|

**Embroidme-Davenport**
**2222 E 53rd St. Suite 2**
**Davenport, IA 52807**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$20,625.26** |
|---|---|---|---|

**EMC Insurance/IA**
**c/o Piper Hughes, Esq.**
**PO Box 2165**
**Cedar Rapids, IA 52406-2165**

Date(s) debt was incurred  **11-13-17**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Judgment**
**Scott County LACE129072**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$621.72** |
|---|---|---|---|

**Energetics**
**4901 Prairie Dock Drive**
**Madison, WI 53718**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$17,380.00** |
|---|---|---|---|

**Engles Trucking Services, Inc.**
**PO Box 1090**
**Franklin, PA 16323**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trucking Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Sivyer Steel Corporation** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.111 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,500.00 |
|---|---|---|---|

**Enviromark**
**7301 Vine St. Ct.**
**Davenport, IA 52806**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.112 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $5,878.77 |
|---|---|---|---|

**Eriez Manufacturing**
**2200 Asbury Rd.**
**Erie, PA 16506**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.113 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $105.00 |
|---|---|---|---|

**Exact Metrology Inc.**
**PO Box 7536**
**Algonquin, IL 60102**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.114 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,698.94 |
|---|---|---|---|

**Fastenal Company**
**PO Box 978**
**Winona, MN 55987-0978**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.115 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $775.86 |
|---|---|---|---|

**Fed Ex**
**PO Box 94515**
**Palatine, IL 60094-4515**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Small Partial Shipping**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.116 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $184.83 |
|---|---|---|---|

**Fed Ex Freight**
**Dept CH**
**PO Box 10306**
**Palatine, IL 60055-0306**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.117 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $59,648.61 |
|---|---|---|---|

**Federal Insurance Company**
**c/o McDonald, Woodward & Carlson, P.C.**
**3432 Jersey Ridge Road**
**Davenport, IA 52807**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **8-4-17**

Last 4 digits of account number _

Basis for the claim:  **Judgment**
**Scott County LACE128929**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Sivyer Steel Corporation** | | |
|---|---|---|---|
| | Name | | |

Case number *(if known)*

---

**3.118** | **Nonpriority creditor's name and mailing address**
**Fermet Steel & Metal Works, Ltd.**
**PO Box 076**
**Kiryat, Atta 28100**
**Israel**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$40,000.00**

---

**3.119** | **Nonpriority creditor's name and mailing address**
**Ferrellgas, LP**
**PO Box 173940**
**Denver, CO 80217-3940**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$975.06**

---

**3.120** | **Nonpriority creditor's name and mailing address**
**First Insurance Funding**
**450 Skokie Blvd, Suite 1000**
**Northbrook, IL 60062-7917**

Date(s) debt was incurred  **9/29/17**

Last 4 digits of account number  **4361**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Financing for insurance coverage for property, cargo, freight, liability insurance**

Is the claim subject to offset? ■ No ☐ Yes

**$902,028.01**

---

**3.121** | **Nonpriority creditor's name and mailing address**
**Flash, Inc.**
**PO Box 574**
**Green Lake, WI 54941**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Sand Truck provider**

Is the claim subject to offset? ■ No ☐ Yes

**$13,097.45**

---

**3.122** | **Nonpriority creditor's name and mailing address**
**Flex-Pac, Inc.**
**PO Box 623129**
**Indianapolis, IN 46262-3129**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Shipping and Janitorial supplies**

Is the claim subject to offset? ■ No ☐ Yes

**$4,887.98**

---

**3.123** | **Nonpriority creditor's name and mailing address**
**Ford Photography**
**2008 15th St. A**
**Moline, IL 61265**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$150.00**

---

**3.124** | **Nonpriority creditor's name and mailing address**
**Foseco, Inc.**
**5645 Collections Center Dr**
**Chicago, IL 60693**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$24,730.32**

---

| Debtor | **Sivyer Steel Corporation** | Case number (if known) |
|---|---|---|
| | Name | |

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $142,367.00 |
|---|---|---|---|

**Foundry Sand Service, LLC**
**5401 Victoria Dr. Suite 100**
**Davenport, IA 52807**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Chromite provider__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,097.07 |
|---|---|---|---|

**G & K Services**
**7813 Solution Center**
**Chicago, IL 60677-7008**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Uniforms and floor covering__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,050.00 |
|---|---|---|---|

**G & W Patterns, Inc.**
**3875 S. Woelfel Rd**
**New Berlin, WI 53146**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,210.11 |
|---|---|---|---|

**Gardner Engineering Inc.**
**3825 Hickory Grove Road**
**Davenport, IA 52806**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $884,349.00 |
|---|---|---|---|

**General Electric Company**
**16201 Three Wide Drive E 206**
**Fort Worth, TX 76177**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,180.23 |
|---|---|---|---|

**General Kinematics Corp**
**PO Box 345**
**Crystal Lake, IL 60039-0345**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,230.00 |
|---|---|---|---|

**General Pattern Corp**
**235 40th St.**
**Moline, IL 61265**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Sivyer Steel Corporation** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.132 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$32,624.22** |
|---|---|---|---|

**Gett Industries, Inc.**
**c/o Steven E. Balk, Esq.**
**105 7th Street**
**Silvis, IL 61282**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7-11-17**

Basis for the claim:  __Judgment__
__Rock Island County, IL, No. 15AR208__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.133 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$245.00** |
|---|---|---|---|

**Glass Service Center**
**4401 11th St.**
**Macon, GA 31201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.134 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,632.66** |
|---|---|---|---|

**Global Equipment Co., Inc.**
**29833 Netowrk Place**
**Chicago, IL 60673-1298**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.135 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$231,157.43** |
|---|---|---|---|

**Godfrey & Kahn**
**Bin #318**
**Milwaukee, WI 53288-0318**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.136 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,289.69** |
|---|---|---|---|

**Grainger**
**Dept 802717033**
**Palatine, IL 60038-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.137 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$209.99** |
|---|---|---|---|

**Graphic Products**
**PO Box 4030**
**Beaverton, OR 97076-4030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.138 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,000.00** |
|---|---|---|---|

**Guaranteed Pattern**
**1135 Pioneer B Trail**
**Waukesha, WI 53186**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Sivyer Steel Corporation** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.139 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$7,569.50** |
|---|---|---|---|
| | **Gudgeon Thermfire International, Inc.** | ☐ Contingent | |
| | **420 Neptune Cres** | ☐ Unliquidated | |
| | **London, Ontario N6M 1A1** | ☐ Disputed | |
| | **CANADA** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Reclaim system parts provider | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.140 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$252.38** |
|---|---|---|---|
| | **Hach Co.** | ☐ Contingent | |
| | **2207 Collections Center Dr.** | ☐ Unliquidated | |
| | **Chicago, IL 60693** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.141 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,942.96** |
|---|---|---|---|
| | **Hagemeyer North America Inc.** | ☐ Contingent | |
| | **Po Box 404753** | ☐ Unliquidated | |
| | **Atlanta, GA 30384-4753** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.142 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$272.04** |
|---|---|---|---|
| | **Harbor Freight Tools USA Inc.** | ☐ Contingent | |
| | **PO Box 748076** | ☐ Unliquidated | |
| | **Los Angeles, CA 90074-8076** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.143 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$16,590.00** |
|---|---|---|---|
| | **Hastie Mining & Trucking** | ☐ Contingent | |
| | **Rt. 1 Box 55** | ☐ Unliquidated | |
| | **Cave in Rock, IL 62919** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.144 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,170.47** |
|---|---|---|---|
| | **Hempel Pipe & Supply Inc.** | ☐ Contingent | |
| | **921 S. Rolff St.** | ☐ Unliquidated | |
| | **Davenport, IA 52802** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.145 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Henry County Clerk** | ■ Contingent | |
| | **RE: 17-SC-17K** | ☐ Unliquidated | |
| | **14th Judicial Circuit, Kewanee Division** | ☐ Disputed | |
| | **401 East Third Street** | | |
| | **Kewanee, IL 61443** | **Basis for the claim:**  Court costs | |
| | **Date(s) debt was incurred  2-14-17** | KD Industries of Illinois, Inc. v. debtor | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | **Sivyer Steel Corporation** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.146 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,536.60** |
|---|---|---|---|

**Heraeus Electro-Nite Co.**
**88736 Expedite Way**
**Chicago, IL 60695-1700**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.147 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,364.49** |
|---|---|---|---|

**Holland Inc.**
**27052 Network Place**
**Chicago, IL 60673-1270**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: __Trucking Services__

Is the claim subject to offset? ■ No ☐ Yes

| 3.148 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$69,731.09** |
|---|---|---|---|

**Holmes Murphy & Associates**
**3001 Westown Parkway**
**West Des Moines, IA 50266**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.149 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,062.84** |
|---|---|---|---|

**Holming Fan & Fabrication**
**6900 N. Teutonia Ave**
**Milwaukee, WI 53209**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.150 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$70.00** |
|---|---|---|---|

**Home Depot Credit Services**
**Dept 32-2506568777**
**PO Box 9055**
**Des Moines, IA 50368-9055**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.151 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$586.00** |
|---|---|---|---|

**Hometown Plumbing & Heating**
**13606 118th Ave**
**Davenport, IA 52804**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.152 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,114.00** |
|---|---|---|---|

**Wesley B. Huisinga, Esq.**
**Trustee for Henschen Manufacturing Co.**
**Shuttleworth & Ingersoll, PLC**
**PO Box 2017**
**Cedar Rapids, IA 52406**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Sivyer Steel Corporation** | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.153 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $5,364.17 |
|---|---|---|---|

**Hydraulic Solutions**
**216 40th St.**
**Moline, IL 61265-1649**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.154 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $336.00 |
|---|---|---|---|

**IFM Efector Inc.**
**PO Box 8538-307**
**Philadelphia, PA 19171-0307**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.155 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $9,693.36 |
|---|---|---|---|

**Insight Direct USA, Inc.**
**6820 S Harl Ave**
**Tempe, AZ 85283**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.156 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,773.58 |
|---|---|---|---|

**Iowa American Water**
**PO Box 94551**
**Palatine, IL 60094-4551**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.157 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $8,000.00 |
|---|---|---|---|

**Iowa Department of Natural Resources**
**Wallace Building 4th Floor**
**502 E 9th St.**
**Des Moines, IA 50319**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.158 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $765.26 |
|---|---|---|---|

**Iowa Fluid Power, Inc.**
**PO Box 10107**
**Cedar Rapids, IA 52410-0107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.159 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $711.55 |
|---|---|---|---|

**Iowa Illinois Termite & Pest Inc.**
**3909 Marquette St.**
**Davenport, IA 52806**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _Rodent control_

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Sivyer Steel Corporation** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.160** | Nonpriority creditor's name and mailing address
**Iowa Machinery & Supply, Inc.**
**PO Box 797**
**Des Moines, IA 50303**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Finishing supplies provider**

Is the claim subject to offset? ■ No  ☐ Yes

**$69,616.54**

---

**3.161** | Nonpriority creditor's name and mailing address
**Iowa-American Water**
**5201 Grand Ave**
**Davenport, IA 52807**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Water utility company**

Is the claim subject to offset? ■ No  ☐ Yes

**$4,279.25**

---

**3.162** | Nonpriority creditor's name and mailing address
**J&L Consulting**
**PO Box 270095**
**West Allis, WI 53227**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,672.68**

---

**3.163** | Nonpriority creditor's name and mailing address
**Janda Motor Services, Inc.**
**PO Box 10045**
**Cedar Rapids, IA 52410-0045**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$17,445.63**

---

**3.164** | Nonpriority creditor's name and mailing address
**Jerico Tool Company**
**721 E 59th St.**
**Davenport, IA 52807**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$2,021.00**

---

**3.165** | Nonpriority creditor's name and mailing address
**JP Morgan Chase**
**PO Box 4475**
**Carol Stream, IL 60197-4475**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$447,690.02**

---

**3.166** | Nonpriority creditor's name and mailing address
**K & K True Value Hardware**
**1818 Grant St.**
**Bettendorf, IA 52722**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,219.59**

---

| Debtor | **Sivyer Steel Corporation** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.167 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,450.00** |
|---|---|---|---|

**K & M Machine Fabricating Inc.**
**PO Box 218**
**20745 M-60 East**
**Cassopolis, MI 49031-0218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.168 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,897.45** |
|---|---|---|---|

**Karden Sales & Consulting, Inc.**
**9114 Virginia Rd. Unit 100**
**Lake in the Hills, IL 60156**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.169 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,880.38** |
|---|---|---|---|

**KD Industries of Illinois, Inc.**
**c/o Barash & Everett, LLC**
**211 West Second Street**
**Kewanee, IL 61443**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2-14-17**

**Basis for the claim:  Judgment**
**Henry County, IL, 14th Judicial Circuit Court,**
**Kewanee Division**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.170 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,121.00** |
|---|---|---|---|

**Konecranes, Inc.**
**PO Box 641807**
**Pittsburgh, PA 15264-1807**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.171 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$925.00** |
|---|---|---|---|

**KRC Enterprises, LLC**
**dba Guardian Medical Logistics**
**PO Box 790379**
**Saint Louis, MO 63179**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.172 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,595.20** |
|---|---|---|---|

**Kymbyl Komplete Kare, Inc.**
**1411 W. 5th St.**
**Coal Valley, IL 61240**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.173 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,938.00** |
|---|---|---|---|

**L&M Accounts Inc.**
**(for Northwest Mechanical, Inc.)**
**c/o Dergo Law, P.L.L.C.**
**2200 52nd Avenue**
**Moline, IL 61265**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7-19-17**

**Basis for the claim:  Judgment**
**Scott County SCSC210031**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Sivyer Steel Corporation** | | |
|---|---|---|---|
| | Name | | |

Case number *(if known)* _____

---

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,764.52** |
|---|---|---|---|

**Lanco Slings & Rigging, Inc.**
**4960 41st St. Court**
**Moline, IL 61265**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$21,380.00** |
|---|---|---|---|

**Lane & Waterman**
**220 North Main St. Suite 600**
**Davenport, IA 52801-1987**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Attorney fees**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,542.00** |
|---|---|---|---|

**Lanzen, Inc.**
**30980 Groesbeck Highway**
**Roseville, MI 48066**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Machine Shop**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,556.50** |
|---|---|---|---|

**Liebovich Steel & Aluminum Co.**
**PO Box 1779**
**Cedar Rapids, IA 52406**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$39,680.00** |
|---|---|---|---|

**Linco Refractory Supply Inc.**
**PO Box 515**
**Coal Valley, IL 61240-0515**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Heat Treat repairs and Melt Rods provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,950.00** |
|---|---|---|---|

**Lindfield Corporate Services Ltd.**
**20th Floor, Suite 206**
**340 Queen's Road Central**
**Hong Kong**
**CHINA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **business registration services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,959.78** |
|---|---|---|---|

**Linwood Mining & Minerals Corp**
**5401 Victoria Ave Suite 100**
**Davenport, IA 52807**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Lime provider, removes used sand,**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Sivyer Steel Corporation** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.181**

**Nonpriority creditor's name and mailing address**

**Lloyd's Register Quality Assurance**
**PO Box 301030**
**Dallas, TX 75303-1030**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,587.81

---

**3.182**

**Nonpriority creditor's name and mailing address**

**Logan Contractors Supply Inc.**
**PO Box 5283**
**Des Moines, IA 50305**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$25,721.25

---

**3.183**

**Nonpriority creditor's name and mailing address**

**Macawber Engineering, Inc.**
**1829 Clydesdale St.**
**Maryville, TN 37801-3796**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Maintenance Materials Provider**

Is the claim subject to offset? ■ No ☐ Yes

$13,876.32

---

**3.184**

**Nonpriority creditor's name and mailing address**

**Machine Tooling Technology**
**420 Harvester Ct.**
**Wheeling, IL 60090**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$918.52

---

**3.185**

**Nonpriority creditor's name and mailing address**

**Magma Foundry Technologies**
**10 North Martingale Rd. Suite 425**
**Schaumburg, IL 60173**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$38,718.70

---

**3.186**

**Nonpriority creditor's name and mailing address**

**MailFinance**
**Dept 3682**
**PO Box 123682**
**Dallas, TX 75312-3682**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$948.04

---

**3.187**

**Nonpriority creditor's name and mailing address**

**Malespin Cleaning Services**
**2701 Clines Ford Dr.**
**Belvidere, IL 61008**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$6,420.00

---

| Debtor | **Sivyer Steel Corporation** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.188 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$101,696.68** |
|---|---|---|---|
| | **Manley Brothers of Indiana, Inc.** | ☐ Contingent | |
| | **PO Box 80** | ☐ Unliquidated | |
| | **300 S. Vermillion st.** | ☐ Disputed | |
| | **Troy Grove, IL 61372-0080** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Silica provider__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☐ No  ☐ Yes | |

---

| 3.189 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,263.68** |
|---|---|---|---|
| | **Marco, Inc.** | ☐ Contingent | |
| | **NW 7128, PO Box 1450** | ☐ Unliquidated | |
| | **Minneapolis, MN 55485-7028** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☐ No  ☐ Yes | |

---

| 3.190 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,372.65** |
|---|---|---|---|
| | **Materials & Equipment Inc.** | ☐ Contingent | |
| | **c/o Norm Boelk** | ☐ Unliquidated | |
| | **5840 Jenny Lane** | ☐ Disputed | |
| | **Bettendorf, IA 52722** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.191 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,258.25** |
|---|---|---|---|
| | **Max's Cab Company** | ☐ Contingent | |
| | **3112 Chateau Knoll** | ☐ Unliquidated | |
| | **Bettendorf, IA 52722** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.192 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,896.89** |
|---|---|---|---|
| | **McGuire Sponsel** | ☐ Contingent | |
| | **201 N. Illinois St., Suite 1000** | ☐ Unliquidated | |
| | **Indianapolis, IN 46204** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☐ No  ☐ Yes | |

---

| 3.193 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,917.54** |
|---|---|---|---|
| | **McMaster Carr Supply Co.** | ☐ Contingent | |
| | **PO Box 7690** | ☐ Unliquidated | |
| | **Chicago, IL 60680-7690** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.194 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$700.80** |
|---|---|---|---|
| | **Mediacom** | ☐ Contingent | |
| | **PO Box 5744** | ☐ Unliquidated | |
| | **Carol Stream, IL 60197-5744** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Internet__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | **Sivyer Steel Corporation** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.195 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Pedro Mejia**
**c/o Robert T. Rosenstiel, Esq.**
**PO Box 4298**
**Rock Island, IL 61204-4298**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Personal injury claim Scott County LACE128299**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.196 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,160.00** |
|---|---|---|---|

**Metal Surgery Milwaukee Ltd.**
**PO Box 370515**
**Milwaukee, WI 53237-0515**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.197 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$26,636.63** |
|---|---|---|---|

**Metamora Industries**
**N8514JO**
**503 N. Niles St.**
**Metamora, IL 61548-0739**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.198 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$929.50** |
|---|---|---|---|

**Metcast Service Tech Resources Inc.**
**Blast Cleaning Technologies**
**16211 W. Lincoln Ave**
**New Berlin, WI 53151**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Maintenance parts provider**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.199 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$392.00** |
|---|---|---|---|

**Metlife Industries**
**141 Mong Way**
**PO Box 53**
**Reno, PA 16343**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.200 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,258.64** |
|---|---|---|---|

**Metro Tools & Abrasives**
**PO Box 788**
**Cedar Rapids, IA 52406-0788**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.201 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,473.95** |
|---|---|---|---|

**Mid States Heating Services Inc.**
**3900 2nd Ave**
**Moline, IL 61265**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Sivyer Steel Corporation**

Name

Case number *(if known)*

| 3.202 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,176.81** |
|---|---|---|---|

**Mid States Specialty Sales**
**c/o David A. Hunt**
**5440 1st Ave**
**Moline, IL 61265**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.203 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$91,683.60** |
|---|---|---|---|

**MidAmerican Energy**
**PO Box 8020**
**Davenport, IA 52808-8020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utilities**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.204 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$319,297.40** |
|---|---|---|---|

**MidAmerican Energy Services, LLC**
**PO Box 8019**
**Davenport, IA 52808-8019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.205 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$41,262.20** |
|---|---|---|---|

**Midstate Manufacturing Co**
**750 West Third St.**
**Galesburg, IL 61401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Machine shop**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.206 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$535.00** |
|---|---|---|---|

**Midwest Air Compressor LLC**
**PO Box 536**
**Waupaca, WI 54981**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.207 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$785.36** |
|---|---|---|---|

**Midwest Filtration LLC**
**9775 International Blvd**
**Cincinnati, OH 45246**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$275.00** |
|---|---|---|---|

**Midwest Therapy Centers**
**PO Box 3488**
**Davenport, IA 52808-3488**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Sivyer Steel Corporation** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.209** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,000.00**

**Milwaukee Habitat for Humanity**
**Attn: Melissa Herguth**
**3726 N. Booth St.**
**Milwaukee, WI 53212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.210** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,466.00**

**Mississippi Laser Inc.**
**7700 47th St.**
**Milan, IL 61264**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.211** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,213.00**

**Mitts & Merrill LP**
**28623 Lake Industrial Blvd**
**Tavares, FL 32778**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.212** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,469.16**

**Modular Space Corporation**
**12603 Collections Center Dr.**
**Chicago, IL 60693-0126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.213** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$324.71**

**Tim Mohs**
**1582 Berryfield Ct.**
**Bettendorf, IA 52722**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.214** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00**

**Morton Machining LLC**
**701 Flint Ave**
**Morton, IL 61550**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.215** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$17,025.61**

**Motion Industries, Inc.**
**c/o Blitt and Gaines, P.C.**
**2536 73rd Street**
**Urbandale, IA 50322**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6-27-17**
Last 4 digits of account number _

Basis for the claim:  **Judgment**
**Scott County LACE128935**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Sivyer Steel Corporation** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.216**

**Nonpriority creditor's name and mailing address**

**MRS - The Management Association**
**N19 W24400 Riverwood Dr**
**Waukesha, WI 53188**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$125.00**

---

**3.217**

**Nonpriority creditor's name and mailing address**

**MSC Industrial Supply Co.**
**Dept CH 0075**
**Palatine, IL 60055-0075**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$1,764.06**

---

**3.218**

**Nonpriority creditor's name and mailing address**

**N & M Transfer Co., Inc.**
**c/o Bertroche Law Office**
**PO Box 155**
**Cedar Rapids, IA 52406-0155**

Date(s) debt was incurred  **7-11-07**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Judgment**
**Scott County LACE128914**

Is the claim subject to offset? ■ No ☐ Yes

**$34,308.26**

---

**3.219**

**Nonpriority creditor's name and mailing address**

**N&M Expedited**
**630 Muttart Rd.**
**Neenah, WI 54956-9752**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$32,544.73**

---

**3.220**

**Nonpriority creditor's name and mailing address**

**N&M Transfer Co. Inc.**
**630 Muttart Rd**
**Neenah, WI 54956-9752**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$2,059.07**

---

**3.221**

**Nonpriority creditor's name and mailing address**

**Natural Resource Technology**
**234 W. Florida St., Fifth Floor**
**Milwaukee, WI 53204**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$7,091.90**

---

**3.222**

**Nonpriority creditor's name and mailing address**

**New Pig Corporation**
**One Pork Avenue**
**Tipton, PA 16684**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$312.00**

---

| Debtor | **Sivyer Steel Corporation** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.223 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$148,787.36** |
|---|---|---|---|

**Ningbo Daming Precision Casting Co. Ltd.**
**Hehua Bridge**
**Yunlong Town**
**Ningbo 315135**
**CHINA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.224 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,070.56** |
|---|---|---|---|

**Ningbo Qianhao Metal Product Co.**
**2086 Ningheng Sounth Rd.**
**Hengxi Town 315131**
**CHINA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.225 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,200.00** |
|---|---|---|---|

**Ningbo Yong Chao Mould Co. Ltd**
**Baqiao Region**
**Jiangkou St.**
**Zhejiang Province 315504**
**CHINA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.226 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16.09** |
|---|---|---|---|

**Nite Ize**
**5660 Central Ave**
**Boulder, CO 80301**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.227 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,938.48** |
|---|---|---|---|

**Northwest Mechanical, Inc.**
**5885 Tremont Ave**
**Davenport, IA 52807**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.228 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Nott Company**
**NW-7779**
**PO Box 1450**
**Minneapolis, MN 55485-7779**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.229 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,066.69** |
|---|---|---|---|

**NSL Central Testing LLC**
**4535 Renaissance Pkwy**
**Cleveland, OH 44125**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Sivyer Steel Corporation** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.230 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,251.41** |
|---|---|---|---|

**O'Connell Machinery Co. Inc.**
**175 Great Arrow Ave**
**Buffalo, NY 14207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.231 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**O'Connell Machinery Co., Inc.**
**c/o Piper Hughes, Esq.**
**PO Box 2165**
**Cedar Rapids, IA 52406**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5-24-17**

Basis for the claim:  **Judgment**
**Scott County SCSC210194**
**Notice Only**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.232 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$30,100.00** |
|---|---|---|---|

**Oerlikon Fairfield Drive System Inc.**
**PO Box 7940**
**US 52 South**
**Lafayette, IN 47903**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.233 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$87,440.00** |
|---|---|---|---|

**Oertel Sheet Metal**
**9104 Zenith Ave**
**Davenport, IA 52806**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.234 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,848.54** |
|---|---|---|---|

**Olderog Tire Service Inc.**
**2316 Rockingham Rd.**
**Davenport, IA 52802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.235 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,293.62** |
|---|---|---|---|

**Omega Engineering Inc.**
**PO Box 405369**
**Atlanta, GA 30384-5369**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.236 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,750.00** |
|---|---|---|---|

**Overhead Door Co. of Peoria**
**2376 Washington Rd.**
**Washington, IL 61571**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Sivyer Steel Corporation** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.237** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,974.99**
--- | --- | --- | ---

**Palmer Manufacturing & Supply Inc.**
PO Box 2579
Springfield, OH 45501

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.238** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,005.47**

**Parts Engineering Co. LLC**
PO Box 300048
Duluth, GA 30096-0300

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.239** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,218.51**

**PC Connection**
730 Milford Rd.
Merrimack, NH 03054-4631

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.240** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,308.98**

**Peerless Energy Systems LLC**
4601 South 76th Circle
Omaha, NE 68127

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.241** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Pension Benefit Guaranty Corp.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.242** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,437.41**

**Per Mar Security**
PO Box 1101
Davenport, IA 52805

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.243** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$950.72**

**Petersen Plumbing & Heating**
926 W. 3rd St.
Davenport, IA 52802

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Sivyer Steel Corporation** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.244 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$76.25** |
|---|---|---|---|

**PGI**
**PO Box 404351**
**Atlanta, GA 30384-4351**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.245 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,619.52** |
|---|---|---|---|

**Pier Foundry & Pattern Shop**
**51 State St.**
**Saint Paul, MN 55107**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.246 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$49,547.48** |
|---|---|---|---|

**Plant Equipment Co. Inc.**
**PO box 3157**
**Rock Island, IL 61204-3157**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Everything supplier

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.247 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$200.29** |
|---|---|---|---|

**Postal Source**
**21130 Holden Dr.**
**Davenport, IA 52804**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.248 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,475.00** |
|---|---|---|---|

**PRI Inc.**
**161 Thorn Hill Rd.**
**Warrendale, PA 15086**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.249 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,075.50** |
|---|---|---|---|

**PRIAC**
**Prudential Investment Mgmt Svcs**
**280 Trumbull St. H08**
**Hartford, CT 06103**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.250 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,950.00** |
|---|---|---|---|

**Pride Machine & Tool, Inc.**
**1821 North 30th Ave**
**Melrose Park, IL 60160**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Sivyer Steel Corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.251** | Nonpriority creditor's name and mailing address

**Prince Minerals, Inc.**
**PO Box 71442**
**Chicago, IL 60694-1442**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

**$49,280.00**

---

**3.252** | Nonpriority creditor's name and mailing address

**QC Analytical Services LLC**
**1798 Iowa Drive**
**Le Claire, IA 52753**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

**$4,252.19**

---

**3.253** | Nonpriority creditor's name and mailing address

**QC Transport, Inc.**
**PO Box 83**
**Bettendorf, IA 52722**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

**$970.30**

---

**3.254** | Nonpriority creditor's name and mailing address

**Quad Cities Chamber of Commerce**
**622 19th St.**
**Moline, IL 61265**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

**$4,300.00**

---

**3.255** | Nonpriority creditor's name and mailing address

**Quad City Occupational Health**
**PO Box 3488**
**Davenport, IA 52808-3488**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

**$3,553.00**

---

**3.256** | Nonpriority creditor's name and mailing address

**Quad City Safety Inc.**
**PO Box 1720**
**Davenport, IA 52809-1720**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

**$35,697.37**

---

**3.257** | Nonpriority creditor's name and mailing address

**Quad City Testing Lab Inc.**
**21112 Scott Park Rd.**
**Davenport, IA 52807**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

**$2,474.02**

---

Debtor    **Sivyer Steel Corporation**
Name

Case number *(if known)*

| | | |
|---|---|---|
| 3.258 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,966.20** |

3.258

**Nonpriority creditor's name and mailing address**

**Quant Corporation**
**400 Travis lane Unit 28**
**Waukesha, WI 53189**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

**$5,966.20**

---

3.259

**Nonpriority creditor's name and mailing address**

**Quincy Compressor LLC**
**Department 3427, Lockbox 893427**
**PO Box 123427**
**Dallas, TX 75312-3427**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

**$12,333.57**

---

3.260

**Nonpriority creditor's name and mailing address**

**R&L Carriers**
**PO Box 10020**
**Port William, OH 45164**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

**$1,216.45**

---

3.261

**Nonpriority creditor's name and mailing address**

**R-Con NDT INV**
**5605 Freitag Dr.**
**Menomonie, WI 54751**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **X-ray and Mag material provider**

Is the claim subject to offset? ☒ No ☐ Yes

**$37,877.78**

---

3.262

**Nonpriority creditor's name and mailing address**

**Raynor Door Inc of the Quad Cities**
**2370 Westlake Blvd**
**Davenport, IA 52804**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

**$3,386.49**

---

3.263

**Nonpriority creditor's name and mailing address**

**Recycling Solutions & Consultants**
**PO Box 468**
**Wood River, IL 62095**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

**$25,410.01**

---

3.264

**Nonpriority creditor's name and mailing address**

**Red Wing Shoe Store**
**3014 E 53rd St.**
**Davenport, IA 52807**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

**$8,202.09**

---

| Debtor | **Sivyer Steel Corporation** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.265 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $928.72 |
|---|---|---|---|

**Red Wing Shoe Store**
**3301 Avenue of the Cities**
**Moline, IL 61265**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.266 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,015.86 |
|---|---|---|---|

**Redridge Lender Services LLC**
**PO Box 776068**
**Chicago, IL 60677-6068**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.267 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $54,756.25 |
|---|---|---|---|

**Refractory & Insulation Supply, Inc.**
**PO Box 391**
**Bettendorf, IA 52722-0007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Melt supplies provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.268 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $650.00 |
|---|---|---|---|

**Regalia Manufacturing Co.**
**PO Box 4448**
**Rock Island, IL 61204-4448**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.269 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,254.67 |
|---|---|---|---|

**Republic Companies**
**PO Box 3807**
**Davenport, IA 52808**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.270 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16,994.19 |
|---|---|---|---|

**Republic Services**
**PO Box 9001154**
**Louisville, KY 40290-1154**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Electronics provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.271 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $167.51 |
|---|---|---|---|

**Rexco Equipment**
**dba Bobcat of Quad Cities**
**1925 Blairs Ferry Rd NE**
**Cedar Rapids, IA 52402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Sivyer Steel Corporation** | | |
| --- | --- | --- | --- |
| | Name | | |

Case number (*if known*) _____

---

| 3.272 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$227,925.50** |
| --- | --- | --- | --- |

**Richardson Manufacturing Co.**
**2209  Old Jacksonville Rd.**
**Springfield, IL 62704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Machine Shop__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.273 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$32,278.28** |
| --- | --- | --- | --- |

**Rilco Fluid Care, Inc.**
**1320 1st St.**
**Rock Island, IL 61201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.274 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$109,840.07** |
| --- | --- | --- | --- |

**RIM Logistics Ltd**
**Deprtment 4026**
**PO Box 4653**
**Hinsdale, IL 60522-4653**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.275 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,843.02** |
| --- | --- | --- | --- |

**River Valley Cooperative**
**PO Box 256**
**Eldridge, IA 52748**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.276 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$608.77** |
| --- | --- | --- | --- |

**RK Dixon**
**PO Box 856699**
**Minneapolis, MN 55485-6699**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.277 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,012.54** |
| --- | --- | --- | --- |

**Road Machinery & Supplies**
**SDS 12-0749**
**PO Box 86**
**Minneapolis, MN 55486-0749**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.278 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,050.00** |
| --- | --- | --- | --- |

**Robert Half Finance & Accounting**
**PO Box 743295**
**Los Angeles, CA 90074-3295**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Sivyer Steel Corporation** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.279**

**Nonpriority creditor's name and mailing address**

**Rock Island County Clerk**
**RE:  No. 15AR208**
**14th Judicial Circuit Court**
**210 15th Street**
**Rock Island, IL 61201**

Date(s) debt was incurred  **7-11-17**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Court costs**
**Gett Industries, Inc. v. debtor**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.280**

**Nonpriority creditor's name and mailing address**

**Rock Island Electric Motor Inc.**
**PO Box 6190**
**Rock Island, IL 61204-6190**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$6,059.59**

---

**3.281**

**Nonpriority creditor's name and mailing address**

**Rock Island Lubricants and Chemical, Inc**
**PO Box 5015**
**Rock Island, IL 61204-5015**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lubricants and disposal provider**

Is the claim subject to offset? ■ No  ☐ Yes

**$37,606.94**

---

**3.282**

**Nonpriority creditor's name and mailing address**

**Rockford Rigging**
**5401 Main Sail**
**Roscoe, IL 61073**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$32,014.04**

---

**3.283**

**Nonpriority creditor's name and mailing address**

**Roemer Machine & Welding Co.**
**3053 Research Pkwy**
**Davenport, IA 52806**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$360.00**

---

**3.284**

**Nonpriority creditor's name and mailing address**

**Rogan, Inc.**
**PO Box 908**
**Bettendorf, IA 52722**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$4,510.10**

---

**3.285**

**Nonpriority creditor's name and mailing address**

**Russell Companies**
**1435 Brown St.**
**Bettendorf, IA 52722**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$265.08**

---

| Debtor | **Sivyer Steel Corporation** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.286** | **Nonpriority creditor's name and mailing address**
**Ryan & Assoc. Inc.**
**10955 160th St.**
**Davenport, IA 52804**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$8,603.85**

---

**3.287** | **Nonpriority creditor's name and mailing address**
**Ryder Transportation Services**
**PO Box 96723**
**Chicago, IL 60693-6723**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Rental Truck

Is the claim subject to offset? ■ No ☐ Yes

**$2,398.64**

---

**3.288** | **Nonpriority creditor's name and mailing address**
**Sadler Machine Co.**
**4150 Thomas Dr. SW**
**PO Box 1716**
**Cedar Rapids, IA 52406-1716**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$25,270.00**

---

**3.289** | **Nonpriority creditor's name and mailing address**
**Safety Kleen Corp**
**PO Box 650509**
**Dallas, TX 75265-0509**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$17.01**

---

**3.290** | **Nonpriority creditor's name and mailing address**
**Schebler Company**
**PO Box 310181**
**Des Moines, IA 50331-0181**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$5,927.85**

---

**3.291** | **Nonpriority creditor's name and mailing address**
**Schiff Hardin LLP**
**300 Crescent Court Suite 400**
**Dallas, TX 75201**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$25,448.47**

---

**3.292** | **Nonpriority creditor's name and mailing address**
**Schwenker & Mougin, Inc.**
**1614 5th Ave**
**Moline, IL 61265**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$11,927.30**

---

| Debtor | **Sivyer Steel Corporation** | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.293 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Scott County Clerk**
**RE: LACE129351**
**Scott County Courthouse**
**400 West 4th Street**
**Davenport, IA 52801-1034**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **10-25-17**

Basis for the claim: **Court costs**
**Aerotek, Inc. v. debtor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.294 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Scott County Clerk**
**RE: LACE128218**
**Scott County Courthouse**
**400 West 4th Street**
**Davenport, IA 52801-1034**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **12-27-16**

Basis for the claim: **Court costs**
**Crescent Electric Supply Company v. debtor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.295 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Scott County Clerk**
**RE: LACE129072**
**Scott County Courthouse**
**400 West 4th Street**
**Davenport, IA 52801-1034**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **11-13-17**

Basis for the claim: **Court costs**
**EMC Insurance/IA v. debtor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.296 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Scott County Clerk**
**RE: LACE128929**
**Scott County Courthouse**
**400 West 4th Street**
**Davenport, IA 52801-1034**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **8-4-17**

Basis for the claim: **Court costs**
**Federal Insurance Company v. debtor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.297 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Scott County Clerk**
**RE: LACE127974**
**Scott County Courthouse**
**400 West 4th Street**
**Davenport, IA 52801-1034**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **5-25-17**

Basis for the claim: **Court costs**
**CT Products, LLC v. debtor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.298 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Scott County Clerk**
**RE: LACE128935**
**Scott County Courthouse**
**400 West 4th Street**
**Davenport, IA 52801-1034**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **6-27-17**

Basis for the claim: **Court costs**
**Motion Industries, Inc. v. debtor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Sivyer Steel Corporation** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.299** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Scott County Clerk**
**RE: LACE128914**
**Scott County Courthouse**
**400 West 4th Street**
**Davenport, IA 52801-1034**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7-11-17**

**Basis for the claim:   Court costs**
**N & M Transfer Co., Inc. v. debtor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.300** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Scott County Clerk**
**RE: LACE128765**
**Scott County Courthouse**
**400 West 4th Street**
**Davenport, IA 52801-1034**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11-21-17**

**Basis for the claim:   Court costs**
**Shenyang Jinli Metals & Minerals Imp & Exp Co., Ltd. v. debtor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.301** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Scott County Clerk**
**RE:  LACE128299**
**Scott County Courthouse**
**400 West 4th Street**
**Davenport, IA 52801-1034**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:   Court costs**
**Pedro Mejia v. debtor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.302** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Scott County Small Claims Clerk**
**RE: SCSC210031**
**Scott County Courthouse**
**400 West 4th Street**
**Davenport, IA 52801-1034**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7-19-17**

**Basis for the claim:   Court costs**
**L& M Accounts Inc. v. debtor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.303** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Scott County Small Claims Clerk**
**RE: SCSC210194**
**Scott County Courthouse**
**400 West 4th Street**
**Davenport, IA 52801-1034**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5-24-17**

**Basis for the claim:   Court costs**
**O'Connell Machnery Co., Inc. v. debtor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.304** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$49,577.25**

**Sedona Technologies Inc.**
**600 35th Ave**
**Moline, IL 61265**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim: _**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.305** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$37,500.00**

**Seither & Cherry Quad Cities, Inc.**
**611 E 59th St.**
**Davenport, IA 52807**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim: _**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Sivyer Steel Corporation** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.306 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$15,860.00** |
|---|---|---|---|

**Selective Insurance**
**Lockbox 2747**
**PO Box 8500**
**Philadelphia, PA 19178-2747**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Flood Insurance**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.307 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$195.34** |
|---|---|---|---|

**Shanghai Soonv Special Alloy Co. Ltd**
**No. 35 Xiangxin Rd**
**Qingpu District, Shanghai**
**CHINA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.308 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,766.93** |
|---|---|---|---|

**Shannahan Crane & Hoist, Inc.**
**PO Box 790379**
**Saint Louis, MO 63179-0379**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.309 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Shenyang Jinli Metals &**
**Minerals Imp & Exp Co., Ltd.**
**c/o Jonathan M. Causey, Esq.**
**505 5th Avenue, Ste. 535**
**Des Moines, IA 50309**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11-21-17**

**Basis for the claim:**  **Judgment**
**Scott County LACE128765**
**Notice Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.310 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$465,895.22** |
|---|---|---|---|

**Shenyang Jinli Metals & Minerals**
**Import & Export Co. Ltd**
**Room 15-4 No. 22**
**Shenyang 110014**
**CHINA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.311 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$7,063.63** |
|---|---|---|---|

**Sherwin Williams**
**3548 State St.**
**Bettendorf, IA 52722-6435**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.312 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$48,100.00** |
|---|---|---|---|

**Siemens Product Lifecycle Mgmt Software**
**PO Box 2168**
**Carol Stream, IL 60132-2168**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Sivyer Steel Corporation** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.313 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,053.07** |
|---|---|---|---|

**Simmers Crane Design & Service**
**1134 Salem Parkway**
**Salem, OH 44460**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.314 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$161,711.99** |
|---|---|---|---|

**Smith S J Welding Supply**
**3707 W. River Dr.**
**Davenport, IA 52802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Gas cylinder, weld consumables, and safety provider__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.315 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30.78** |
|---|---|---|---|

**Special Olympics Iowa**
**PO Box 71664**
**Clive, IA 50325-0664**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.316 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,038.35** |
|---|---|---|---|

**Speyside Machining Holdings, LLC**
**24 Frank Lloyd Wright Dr. Suite H3225**
**Ann Arbor, MI 48106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.317 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$576.17** |
|---|---|---|---|

**Standard Forwarding Co. Inc.**
**62820 Collection Center Dr.**
**Chicago, IL 60693-0628**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.318 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,510.50** |
|---|---|---|---|

**State Chemical Solutions**
**PO Box 74189**
**Cleveland, OH 44197-0268**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.319 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,541.80** |
|---|---|---|---|

**Steel Founders' Society of America**
**780 Mcardle Dr. Unit G**
**Crystal Lake, IL 60014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Sivyer Steel Corporation** | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.320 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,850.00** |
|---|---|---|---|

**Steel Wind Industries, Inc.**
**7550 S. 10th St.**
**Oak Creek, WI 53154**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Machine Shop**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.321 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$87.50** |
|---|---|---|---|

**Straight Shot Express**
**PO Box 2190**
**Davenport, IA 52809-2190**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.322 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$900.00** |
|---|---|---|---|

**Strategy in Progress, LLC**
**PO Box 1303**
**Bettendorf, IA 52722**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.323 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,120.00** |
|---|---|---|---|

**Suncoast Packaging Inc.**
**4125 Pipestone Rd.**
**PO Box 120**
**Sodus, MI 49126**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.324 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,608.09** |
|---|---|---|---|

**Syntron Material Handling, LLC**
**PO Box 96138**
**Chicago, IL 60693**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Maintenance parts provider**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.325 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$31,689.12** |
|---|---|---|---|

**TAG Communications, Inc.**
**230 E. Second St.**
**Davenport, IA 52801**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.326 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$272.81** |
|---|---|---|---|

**Tall Grass Business Resources, Inc.**
**218 2nd St.**
**Coralville, IA 52241**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Sivyer Steel Corporation | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.327 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,221.42 |
|---|---|---|---|

**TCCI Mfg.**
**2120 North 22nd St.**
**Decatur, IL 62526**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  _

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.328 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,652.76 |
|---|---|---|---|

**Team Industrial Services Inc.**
**PO Box 842233**
**Dallas, TX 75284-2233**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  _

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.329 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $283.55 |
|---|---|---|---|

**Teledyne ISCO Inc.**
 **Dept 1175**
**PO Box 121175**
**Dallas, TX 75312-1175**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  _

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.330 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,466.00 |
|---|---|---|---|

**Thunder Bay Pattern Works**
**44345 Macomb Industrial Dr.**
**Clinton Township, MI 48036**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  _

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.331 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,520.40 |
|---|---|---|---|

**Timberline Pallet & Skid, Inc.**
**PO Box 631**
**East Moline, IL 61244**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  Shipping material provider

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.332 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,800.47 |
|---|---|---|---|

**Tinker Omega Manufacturing**
**PO Box 328**
**2424 Columbus Ave**
**Springfield, OH 45503**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  _

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.333 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Titan Machinery Inc.**
**3136 76th St. West**
**Davenport, IA 52806**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  _

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Sivyer Steel Corporation** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.334** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,136.00**

**Tool House, Inc.**
**5205 South Emmer Dr.**
**New Berlin, WI 53151-1194**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Finishing Air Tools parts and sales**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.335** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,955.76**

**Toolcraft Co. Inc.**
**W194 N11092 Kleinmann Dr.**
**Germantown, WI 53022**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.336** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,284.24**

**Total Quality Logistics**
**PO Box 634558**
**Cincinnati, OH 45263-4558**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.337** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Travis County Clerk**
**RE:  D-1-GN-17-001151**
**Travis County 98th District Court**
**PO Box 1748**
**Austin, TX 78767**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Court costs**
**Dell Financial Services L.L.C. v. debtor**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.338** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,015.00**

**Tri Aerospace LLC**
**1055 South Hunt St.**
**Terre Haute, IN 47803**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.339** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,784.22**

**Tri State Fire Control, Inc.**
**2316 4th Ave**
**Moline, IL 61265**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.340** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,669.20**

**Tri-City Electric Co.**
**6225 N Brady St.**
**Davenport, IA 52806-0002**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Sivyer Steel Corporation** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| 3.341 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,309.00** |
|---|---|---|---|

**Trimborn Tooling Design LLC**
**W235 S6720 Salem Court**
**Waukesha, WI 53189-9379**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.342 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,775.66** |
|---|---|---|---|

**Trinity Consultants**
**12770 Merit Dr. Suite 900**
**Dallas, TX 75251**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.343 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$597.37** |
|---|---|---|---|

**Tuf-Lok International**
**PO Box 5078**
**Madison, WI 53705**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.344 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,126.00** |
|---|---|---|---|

**Tully Industrial Inc.**
**PO Box 249**
**Davenport, IA 52805**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.345 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,420.00** |
|---|---|---|---|

**Tungsten Network Inc.**
**PO Box 535146**
**Atlanta, GA 30338**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.346 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,757.00** |
|---|---|---|---|

**U.S. Energy Services, Inc.**
**32604 Collection Center Dr.**
**Chicago, IL 60693-0604**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.347 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**UI Labs**
**Attn: DMDII Finance**
**1415 N. Cherry Ave.**
**Chicago, IL 60642**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | Sivyer Steel Corporation | Case number (if known) |
|--------|--------------------------|------------------------|
|        | Name                     |                        |

---

**3.348** | **Nonpriority creditor's name and mailing address**

**United Auto Workers**
4589 NW 6th Dr.
Des Moines, IA 50313

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Union Retirement Income Plan**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.349** | **Nonpriority creditor's name and mailing address**

**United Steel Workers of America**
PO Box 98517
Chicago, IL 60693

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Steel Union**

Is the claim subject to offset? ■ No  ☐ Yes

**$4,302.79**

---

**3.350** | **Nonpriority creditor's name and mailing address**

**Universal Welding and Engineering**
1709 Pearl St.
Waukesha, WI 53186

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$49,056.00**

---

**3.351** | **Nonpriority creditor's name and mailing address**

**UPS Freight**
28013 Network Place
Chicago, IL 60673-1280

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$154.25**

---

**3.352** | **Nonpriority creditor's name and mailing address**

**Van Hydraulics, Inc.**
25 Gooding St.
Conklin, MI 49403

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$8,870.97**

---

**3.353** | **Nonpriority creditor's name and mailing address**

**Van Meter Industrial LLC**
850 32nd Ave SW
Cedar Rapids, IA 52404

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$7,373.11**

---

**3.354** | **Nonpriority creditor's name and mailing address**

**Venture Measurement**
150 Venture Blvd.
Spartanburg, SC 29306

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | **Sivyer Steel Corporation** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.355 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,177.07 |
|---|---|---|---|

**Verizon Wireless**
**PO Box 25505**
**Lehigh Valley, PA 18002-5505**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.356 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $889.46 |
|---|---|---|---|

**VWR Scientific LLC**
**PO Box 640169**
**Pittsburgh, PA 15264-0169**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.357 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,539.50 |
|---|---|---|---|

**Walker National, Inc.**
**60C Solferino St.**
**Worcester, MA 01604**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.358 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,868.68 |
|---|---|---|---|

**Walmart Stores, Inc.**
**c/o Bank of America**
**PO Box 60982**
**Saint Louis, MO 63160-0982**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.359 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $70,470.35 |
|---|---|---|---|

**Waltz-Holst Blow Pipe co. Inc.**
**230 Alta Dale SE**
**Ada, MI 49301-9113**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.360 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,904.48 |
|---|---|---|---|

**Dale Weeldreyer**
**5828 Crestwood Dr.**
**Fort Collins, CO 80528**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.361 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,787.86 |
|---|---|---|---|

**Wells Fargo Bank, N.A.**
**300 Tri-State International Pkwy**
**Suite 400**
**Lincolnshire, IL 60069**

Date(s) debt was incurred  12-1-14

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  returned printers

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Sivyer Steel Corporation**
_____
Name

Case number (if known) _____

---

| 3.362 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,493.19 |

**Wells Fargo Vendor Fin Services**
**PO Box 105710**
**Atlanta, GA 30348-5710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.363 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,524.76 |

**Wheelabrator Group**
**PO Box 73987**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.364 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,135.00 |

**Whirl Air Flow Corporation**
**20055 177th St.**
**Big Lake, MN 55309**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.365 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,010.00 |

**Wynn Environmental**
**211 Camars Dr.**
**Warminster, PA 18974**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: Maintenance supplies provider

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.366 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,542.29 |

**YMH Torrance Inc.**
**PO Box 460**
**Hiawatha, IA 52233-0460**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.367 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,305.00 |

**Zenar Corporation**
**PO Box 107**
**7301 S 6th St.**
**Oak Creek, WI 53154-0107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.368 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,729.64 |

**Zhejiang Wujing Machine Mfg Co. Ltd.**
**No 108 Qingnian Rd.**
**Wuyi County, Zhejiang Province**
**CHINA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Sivyer Steel Corporation** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.369 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,885.34 |
|---|---|---|---|

**Zhengzhou Hi-Tech Mechanical Industry Co**
**18 Yulan St.**
**Zhengzhou H. Zhengzhou**
**Henan Province 450001**
**CHINA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **ADP Commercial Leasing**<br>**3726 Solutions Center**<br>**Chicago, IL 60677-3007** | Line **3.6**<br>☐ Not listed. Explain _____ | _ |
| 4.2 | **Ask Chemicals**<br>**PO Box 360615**<br>**Pittsburgh, PA 15251-6615** | Line **3.31**<br>☐ Not listed. Explain _____ | _ |
| 4.3 | **Crescent Electric Supply**<br>**PO Box 500**<br>**East Dubuque, IL 61025-4420** | Line **3.81**<br>☐ Not listed. Explain _____ | _ |
| 4.4 | **CT Products, LLC**<br>**PO Box 4810**<br>**Davenport, IA 52808-4810** | Line **3.84**<br>☐ Not listed. Explain _____ | _ |
| 4.5 | **EMC Insurance Companies**<br>**Abby Freerksen - Accounting**<br>**717 Mulberry St.**<br>**Des Moines, IA 50309** | Line **3.108**<br>☐ Not listed. Explain _____ | _ |
| 4.6 | **Gett Industries, Ltd.**<br>**7307 50th**<br>**Milan, IL 61264** | Line **3.132**<br>☐ Not listed. Explain _____ | _ |
| 4.7 | **KD Industries of Illinois, Inc.**<br>**1134 W. South St.**<br>**Kewanee, IL 61443** | Line **3.169**<br>☐ Not listed. Explain _____ | _ |
| 4.8 | **Linfield Corporate Services, Ltd.**<br>**901B, Kinwick Centre**<br>**32 Hollywood Rd. Central**<br>**Hong Kong**<br>**CHINA** | Line **3.179**<br>☐ Not listed. Explain _____ | _ |
| 4.9 | **Motion Industries**<br>**PO Box 98412**<br>**Chicago, IL 60693** | Line **3.215**<br>☐ Not listed. Explain _____ | _ |

---

| Debtor | **Sivyer Steel Corporation** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.10 | **Sadler Machine Co.**<br>**c/o Terry L. Gibson**<br>**2501 Grand Ave Suite B**<br>**Des Moines, IA 50312** | Line __3.288__<br><br>☐  Not listed. Explain ____ | _ |
| 4.11 | **Speyside Machining Holdings, LLC**<br>**c/o Terry L. Gibson**<br>**2501 Grand Ave Suite B**<br>**Des Moines, IA 50312** | Line __3.316__<br><br>☐  Not listed. Explain ____ | _ |

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 9,654,706.48 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 9,654,706.48 |

**Fill in this information to identify the case:**

Debtor name   **Sivyer Steel Corporation**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF IOWA

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest — **Payroll support services, computer software, & programs.** State the term remaining — **1 year** List the contract number of any government contract | **ADP** **4900 University Ave** **West Des Moines, IA 50266** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest — **Canon color and Laser jet printers, Copiers, equipment and maintenance contract ends 4/21/2018** State the term remaining List the contract number of any government contract | **Advanced Business Systems** **4631 44th St.** **Moline, IL 61265** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest — **5 year contract for bulk Oxygen and Argon storage and ancillary equipment,  and installation expired 10/17** State the term remaining List the contract number of any government contract | **Airgas USA, LLC** **1250 W. Washington St.** **West Chicago, IL 60185** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest — **Frame Program Agreement (casting parts) dated June 2015** State the term remaining List the contract number of any government contract | **Alstom Transportation Inc.** **aka Alstom Transport Canada, Inc.** **1 Transit Drive** **Hornell, NY 14843** |

3/14/18  9:02AM

Debtor 1    **Sivyer Steel Corporation**
_____    _____    _____    Case number *(if known)* _____
First Name        Middle Name        Last Name

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **5-year Supply Agreement for castings, dated July 2011** | |
|---|---|---|---|
| | State the term remaining | | **Ashot Askelon Industries, LTD** |
| | List the contract number of any government contract | | **PO Box 21** **Ashkelton, 78100** **ISRAEL** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Onsite ATM installation agreement** | |
|---|---|---|---|
| | State the term remaining | **2 yrs** | **Cardtronics USA, Inc.** |
| | List the contract number of any government contract | | **3250 Briarpark Dr., Suite 400** **Houston, TX 77042** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Management Agreement** | |
|---|---|---|---|
| | State the term remaining | **expired?** | **CC Partners I, LLC** **c/o FCF Partners LP** |
| | List the contract number of any government contract | | **250 West Coventry Court, Suite 201** **Milwaukee, WI 53217** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Master Retail Natural Gas Supply and Delivery Agreement for the fiscal year 7/1/17 - 6/30/18** | |
|---|---|---|---|
| | State the term remaining | **3 mo** | **Constellation New Energy - Gas Division,** |
| | List the contract number of any government contract | | **9960 Corporate Campus Dr. Suite 2000** **Louisville, KY 40223** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Leased property used for Parking Lot** | |
|---|---|---|---|
| | State the term remaining | **perpetual** | **CP Rail System** **105 South 5th St.** |
| | List the contract number of any government contract | | **Box 530** **Minneapolis, MN 55440-0530** |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Contract dated 11/3/17 for commercial pest control at 225 S. 33rd St., Bettendorf; renews yearly** | |
|---|---|---|---|
| | State the term remaining | **7 months** | **Iowa-Illinois Termite & Pest Control** **3909 North Marquette St.** **Davenport, IA 52806** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor 1   **Sivyer Steel Corporation**
　　　　First Name　　　　　Middle Name　　　　　　Last Name
　　　　　　　　　　　　　　　　　　　　　　　　　　　Case number *(if known)*

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |
|---|---|---|
| | List the contract number of any government contract | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Postage meter lease** | |
| | State the term remaining | **3 yrs** | **MailFinance, Inc.** |
| | List the contract number of any government contract | | **478 Wheelers Farms Rd.** **Milford, CT 06461** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of Buildings 1 & 3 located at 200 South Bellingham, Bettendorf, IA** | |
| | State the term remaining | **until 5/3/2026** | **Meadows Warehousing Company** **Attn: Sue Jarvis, President** |
| | List the contract number of any government contract | | **PO Box 1720** **Bettendorf, IA 52722** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Lease dated August 24, 2012 for lease of Buildings 2 & 4;** | |
| | State the term remaining | **until 5/3/2026** | **Meadows Warehousing Company** **Attn: Sue Jarvis, President** |
| | List the contract number of any government contract | | **PO Box 1720** **Bettendorf, IA 52722** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Payroll Processing** | |
| | State the term remaining | **perpetual** | **Paylocity** |
| | List the contract number of any government contract | | **3850 N. Wilke Rd.** **Arlington Heights, IL 60004** |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of 2011 FRTL M2 106MD T/A ST TRK and 2010 Stake Flat** | |
| | State the term remaining | **6 months** | **Ryder Truck Rental, Inc.** **dba Ryder Transportation Services** |
| | List the contract number of any government contract | | **430 W. 76th St** **Davenport, IA 52806** |

Debtor 1    **Sivyer Steel Corporation**

First Name                Middle Name                Last Name

Case number (*if known*)

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Industrial Gas Agreement dated 4/18/2016 for the purchase of bottle gases (Propane, Argon, Diesel fuel, Unleaded Gasoline).** | |
|---|---|---|---|
| | State the term remaining | **perpetual** | |
| | List the contract number of any government contract | | **S.J. Smith Co., Inc. 3707 W. River Dr. Davenport, IA 52802** |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Collective Bargaining Agreement October 23, 2017 - October 19, 2019 with United Steel Workers** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **United Steelworkers PO Box 98517 Chicago, IL 60693** |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of a Barracuda/BBS890au55 backup server.** | |
|---|---|---|---|
| | State the term remaining | **8 months** | |
| | List the contract number of any government contract | | **US Bank Equipment Finance 1310 Madrid St., Suite 101 Marshall, MN 56258** |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Sale Bonus Agreements and Retention Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Various Salaried Key Employees** |

| Fill in this information to identify the case: |
| --- |

Debtor name   **Sivyer Steel Corporation**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF IOWA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

Column 1: **Codebtor**                           Column 2: **Creditor**

| | Name | Mailing Address | | | Name | Check all schedules that apply: |
| --- | --- | --- | --- | --- | --- | --- |
| 2.1 | | Street | | | | ☐ D  ☐ E/F  ☐ G |
| | | City | State | Zip Code | | |
| 2.2 | | Street | | | | ☐ D  ☐ E/F  ☐ G |
| | | City | State | Zip Code | | |
| 2.3 | | Street | | | | ☐ D  ☐ E/F  ☐ G |
| | | City | State | Zip Code | | |
| 2.4 | | Street | | | | ☐ D  ☐ E/F  ☐ G |
| | | City | State | Zip Code | | |

**Fill in this information to identify the case:**

Debtor name  **Sivyer Steel Corporation**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF IOWA

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).**

| Part 1: | Income |

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2018** to **Filing Date** | ■ Operating a business<br>☐ Other  _____ | **$3,900,000.00** |
| **For prior year:**<br>From  **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other  _____ | **$38,000,000.00** |
| **For year before that:**<br>From  **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other  _____ | **$34,000,000.00** |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

Debtor    **Sivyer Steel Corporation**                    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.  **Subject to Further Accounting and Audit** | | **Unknown** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  **Subject to further accounting and audit** | | **$0.00** | |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Wells Fargo Vendor Fin Services PO Box 105710 Atlanta, GA 30348-5710** | **Forklift** | **4/20/17** | **$10,787.86** |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **Subject to further accounting and audit** | Last 4 digits of account number: _____ | | **$0.00** |

**Part 3:**   **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

Debtor    **Sivyer Steel Corporation**    Case number *(if known)* _____

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.  **Gregory Fordham, Individually and as Special Administrator of the Estate of Harold Fordham, deceased**<br>**v.**<br>**A. W. Chesterton, Inc., Sivyer Steel Corporation, et al**<br>**2016-L-009281** | **Case filed 9-23-16 alleged asbestos-caused disease (mesothelioma) as a result of exposure to asbestos at debtor's Bettendorf facility; case dismissed as to debtor** | **Circuit Court of Cook County - Law Div.**<br>**Richard J. Daley Center**<br>**50 W. Washington, Room 801**<br>**Chicago, IL 60602** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.2.  **Aerotek, Inc.**<br>**v.**<br>**Sivyer Steel Corporation**<br>**LACE129351** | **Suit on contract**<br>**Judgment**<br>**10-25-17** | **Scott County District Court**<br>**400 West 4th Street**<br>**Davenport, IA 52801** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.3.  **Crescent Electric Supply Company**<br>**v.**<br>**Sivyer Steel Co.**<br>**LACE128218** | **Suit on account**<br>**Judgment**<br>**12-27-16** | **Scott County District Court**<br>**400 West 4th Street**<br>**Davenport, IA 52801** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.4.  **Dell Financial Services L.L.C.**<br>**v.**<br>**Sivyer Steel Corporation**<br>**D-1-GN-17-001151** | **Suit for computer equipment and lease**<br>**Judgment** | **Travis County 98th Judicial District Court**<br>**PO Box 1748**<br>**Austin, TX 78701** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.5.  **EMC Insurance/IA**<br>**v.**<br>**Sivyer Steel Corp.**<br>**LACE129072** | **Suit on insurance premiums**<br>**Judgment**<br>**11-13-17** | **Scott County District Court**<br>**400 West 4th Street**<br>**Davenport, IA 52801** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.6.  **Federal Insurance Company**<br>**v.**<br>**Sivyer Steel Corporation**<br>**LACE128929** | **Suit on worker's compensation insurance premiums**<br>**Judgment 8-4-17** | **Scott County District Court**<br>**400 West 4th Street**<br>**Davenport, IA 52801** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.7.  **Gett Industries, Inc.**<br>**v.**<br>**Sivyer Seel Corporation**<br>**No. 15AR208** | **Suit on account**<br>**Judgment 7-11-17** | **Rock Island County Circuit Court**<br>**14th Judicial Circuit**<br>**210 15th Street**<br>**Rock Island, IL 61201** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.8.  **KD Industries of Illinois, Inc.**<br>**v.**<br>**Sivyer Steel Corp.**<br>**17-SC-17K** | **Suit on account**<br>**Judgment 2-14-17** | **Henry County 14th Judicial Circuit Court**<br>**Kewanee Division**<br>**401 East Third Street**<br>**Kewanee, IL 61443-1000** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.9.  **CT Products, LLC**<br>**v.**<br>**Sivyer Steel Corporation**<br>**LACE127974** | **Suit for services**<br>**Judgment 5-25-17** | **Scott County District Court**<br>**400 West 4th Street**<br>**Davenport, IA 52801** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

Debtor    **Sivyer Steel Corporation**                          Case number *(if known)* _____

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.10. | **L&M Accounts Inc. (for Northwest Mechanical, Inc.) v. Sivyer Steel Corporation** SCSC210031 | **Suit for services Judgment 7-19-17** | **Scott County District Court 400 West 4th Street Davenport, IA 52801** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.11. | **Motion Industries, Inc. v. Sivyer Steel Corporation** LACE128935 | **Suit on account Judgment 6-27-17** | **Scott County District Court 400 West 4th Street Davenport, IA 52801** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.12. | **N & M Transfer Co., Inc. v. Sivyer Steel Corporation** LACE128914 | **Suit on account Judgment 7-11-17** | **Scott County District Court 400 West 4th Street Davenport, IA 52801** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.13. | **O'Connell Machinery Co., Inc. v. Sivyer Steel Corp.** SCSC210194 | **Suit on account Judgment 5-24-17** | **Scott County District Court 400 West 4th Street Davenport, IA 52801** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.14. | **Shenyang Jinli Metals & Minerals Imp & Exp Co., Ltd. v. Sivyer Steel Corporation** LACE128765 | **Suit on promissory note and merchandise Judgment 11-21-17** | **Scott County District Court 400 West 4th Street Davenport, IA 52801** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.15. | **Pedro Mejia v. Sivyer Steel Corporation** LACE128299 | **Suit for personal injuries** | **Scott County District Court 400 West 4th Street Davenport, IA 52801** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Debtor | **Sivyer Steel Corporation** | | Case number *(if known)* | |
|---|---|---|---|---|

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Bradshaw Fowler Proctor & Fairgrave PLC<br>801 Grand Ave Suite 3700<br>Des Moines, IA 50309** | | **3/9/18** | **$75,000.00** |
| | Email or website address<br>**www.bradshawlaw.com** | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:

Debtor    **Sivyer Steel Corporation**                              Case number *(if known)* _____

- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

## Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☐ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Safe on location** | **Cathy Meinsma** **Keith Kramer** | **Petty Cash and important papers** | ☐ No ■ Yes |

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Warehouse** **200 S. Bellingham** **Bettendorf, IA 52722** | **multiple parties** | **inventory, machinery and customer owned pattern equipment** | ☐ No ■ Yes |

Debtor    **Sivyer Steel Corporation**                                          Case number *(if known)*

---

| **Part 11:** | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |
|---|---|

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **miscellaneous** | | **Subject to further accounting and audit** | **$0.00** |

---

| **Part 12:** | **Details About Environment Information** |
|---|---|

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

3/14/18  9:02AM

Debtor   **Sivyer Steel Corporation** _____   Case number *(if known)* _____

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |
| 25.1.  **Sivyer Steel (HK) Limited**<br>**20th Floor, Suite 2006**<br>**340 Queen's Road Central**<br>**Hong Kong** | **Importing and exporting steel** | EIN:<br><br>**From-To**  **2/2011-current** |

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.  **Vrakas/Blum**<br>**445 S. Moorland Rd. Suite 400**<br>**Brookfield, WI 53005** | **2013 to the present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.  **Vrakas/Blum**<br>**445 S. Moorland Rd. Suite 400**<br>**Brookfield, WI 53005** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are<br>unavailable, explain why |
|---|---|
| 26c.1.  **Vrakas/Blum**<br>**445 S. Moorland Rd. Suite 400**<br>**Brookfield, WI 53005** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.  **TBK Bank SSB**<br>**f/k/a Triumph Community Bank NA**<br>**852 Middle Rd.**<br>**Bettendorf, IA 52722** |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

Debtor  **Sivyer Steel Corporation**                                    Case number *(if known)*

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | **Vrakas/Blum** | **12/31/17** | **subject to audit and accounting** |

| Name and address of the person who has possession of inventory records |
|---|
| **Vrakas/Blum**<br>**445 S. Moorland Rd. Suite 400**<br>**Brookfield, WI 53005** |

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Paul Raab** | **250 W. Coventry Court, Ste. 201**<br>**Milwaukee, WI 53217** | **Board Member** | **0%** |
| Name | Address | Position and nature of any interest | % of interest, if any |
| **Scott Roeper** | **250 W. Coventry Court, Ste. 201**<br>**Milwaukee, WI 53217** | **Board Member** | **0%** |
| Name | Address | Position and nature of any interest | % of interest, if any |
| **Art Gibeaut** | **225 S. 33rd St.**<br>**Bettendorf, IA 52722** | **Board Member** | **0%** |
| Name | Address | Position and nature of any interest | % of interest, if any |
| **Keith Kramer** | **225 S. 33rd St.**<br>**Bettendorf, IA 52722** | **President/CEO** | **0%** |
| Name | Address | Position and nature of any interest | % of interest, if any |
| **Cathy Meinsma** | **225 S. 33rd St.**<br>**Bettendorf, IA 52722** | **CFO/Secretary** | **0%** |
| Name | Address | Position and nature of any interest | % of interest, if any |
| **Robert Silhacek** | **Turning Point Managment Advisors** | **Chief Restructuring Officer** | **0%** |
| Name | Address | Position and nature of any interest | % of interest, if any |
| **FCF Partners, LP** | **515 Crescent Lane**<br>**Thiensville, WI 53092** | **Sole Shareholder** | **100%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

Debtor    **Sivyer Steel Corporation**                                         Case number *(if known)*

☐ No

■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1 **Subject to further accounting & audit** | | | |
| **Relationship to debtor** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No

■ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|
| **Sivyer Steel Corporation Hourly Employees' 401(k) Plan** | EIN: |
| **Sivyer Steel Corporation Salaried Employees' Profit Sharing Plan** | EIN:    39-0617810 Plan No. 4 |
| **Sivyer Steel Corporation Retirement Income Plan** | EIN:    39-0617810 Plan No. 2 |
| **Sivyer Steel Corporation Postretirement Welfare Plan** | EIN: |

Debtor    **Sivyer Steel Corporation**                                                    Case number *(if known)*

---

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 14, 2018**

**/s/ Keith Kramer**                                                    **Keith Kramer**
Signature of individual signing on behalf of the debtor            Printed name

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

# United States Bankruptcy Court
## Southern District of Iowa

In re   **Sivyer Steel Corporation**                                     Case No.

                                      Debtor(s)               Chapter     **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **FCF Partners LP**<br>**250 West Coventry Court, Suite 201**<br>**Milwaukee, WI 53217** | **Series A** | **20,689.56** | **Preferred Stock** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **March 14, 2018**                             Signature   **/s/ Keith Kramer**

                                                              **Keith Kramer**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Southern District of Iowa

In re   __Sivyer Steel Corporation__                                              Case No.
                                          Debtor(s)        Chapter   __11__

# VERIFICATION OF MASTER ADDRESS LIST
# ON PAPER (CREDITOR MATRIX)

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the attached Master Address List (creditor matrix), consisting of __33__ pages, and that it is true and correct to the best of my knowledge, information, and belief.

Date:   __March 14, 2018__                        __/s/ Keith Kramer__
                                          __Keith Kramer__/__President__
                                          Signer/Title

VER_MTRX (Rev. 04/00)

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

2 & 92 Used Truck Parts, Inc.
PO Box 181
Silvis, IL 61282

A & A Air Conditioning, Inc.
201 48th St
Moline, IL 61265

A L L Equipment
PO Box 909
Moline, IL 61265

Acadian Lawn & Landscape
1921 127th Ave
Milan, IL 61264

Acro Manufacturing  Corporation
5429 North Towne Place
Cedar Rapids, IA 52402

ADP
4900 University Ave
West Des Moines, IA 50266

ADP Commercial Leasing
3726 Solutions Center
Chicago, IL 60677-3007

ADP Commercial Leasing, LLC
15 Waterview Blvd.
Parsippany, NJ 07054

ADP, LLC
PO Box 842875
Boston, MA 02284-2875

Advanced Business Systems
4631 44th St.
Moline, IL 61265

Advanced Environ. Testing & Abatement
7224 Jebens Ave
Davenport, IA 52806

Aeromet Engineering Inc.
107 Adams St.
Jefferson City, MO 65101

Aerotek Commercial Staffing, Inc.
PO Box 198531
Atlanta, GA 30384-8531

Aerotek, Inc.
c/o Blitt and Gaines, P.C.
2536 73rd Street
Urbandale, IA 50322

Ahlers & Cooney, P.C.
100 Court Ave, Suite 600
Des Moines, IA 50309

Airgas USA, LLC
PO Box 802576
Chicago, IL 60680-2576

Airgas USA, LLC
1250 W. Washington St.
West Chicago, IL 60185

Airrco LLC
4 Deerwood Dr.
Blue Grass, IA 52726

Alignex, Inc.
7200 Metro Blvd
Edina, MN 55439

Allied Electronics
Accts Receivable Dept
PO Box 2325
Fort Worth, TX 76113

Alltest, Inc.
4711 Brady St. Suite 35
Davenport, IA 52806-3955

Alstom Transportation Inc.
aka Alstom Transport Canada, Inc.
1 Transit Drive
Hornell, NY 14843

Alter Trading Corporation
Lockbox 774903
4903 Solution Center
Chicago, IL 60677-4009

Altorfer Rents
PO Box 1347
Cedar Rapids, IA 52406-1347

Altorfer, Inc.
PO Box 1347
Cedar Rapids, IA 52406-1347

Ameralloy Steel Corporation
7848 N. Merrimac
Lisle, IL 60532-7090

Ameri-source Specialty Products, Inc.
5372 Enterprise Blvd
Bethel Park, PA 15102

American Colloid Co.
NW 5020
PO Box 1450
Minneapolis, MN 55458-5020

American Electric Control Corp.
1600 W. 200 South
Lindon, UT 84042

American Express
PO Box 650448
Dallas, TX 75265-0448

American Foundry Society
35169 Eagle Way
Chicago, IL 60678-1351

American Pattern & CNC Works Inc.
5540 Westminster Dr.
Cedar Falls, IA 50613-6948

Anderson Commercal Concrete, Inc.
21254 Brady St.
Davenport, IA 52806

Ashot Askelon Industries, LTD
PO Box 21
Ashkelton, 78100
ISRAEL

ASI International LTD
1440 E 39th St.
Cleveland, OH 44114

Ask Chemicals
PO Box 360615
Pittsburgh, PA 15251-6615

Ask Chemicals LP
495 Metro Place South, Ste. 250
Dublin, OH 43017

Auburn Systems, LLC
800 Cummings Centers Suite 355W
Beverly, MA 01915

Audiolgy Consultants PC
2215 E 52nd St. Suite 2
Davenport, IA 52807

B & E Pattern Co.
N60 W152000 Bobolink Ave
Menomonee Falls, WI 53051

B & L Information Systems, Inc.
4707 Rambo Rd.
Bridgman, MI 49106

Balcon
3215 Nebrska Ave
Council Bluffs, IA 51501

Barton Solvents, Inc.
PO Box 970
Bettendorf, IA 52722-0017

Batteries & Bulbs
901 E. Kimberly Rd.
Davenport, IA 52807

BDI - Bearing Distributors
Attn: Chip Gonezy
8000 Hub Parkway
Cleveland, OH 44125

Behr Iron & Metal
32500 Collection Center Dr.
Chicago, IL 60693-0500

Berg Engineering & Sales, Inc.
3893 Industrial Ave
Rolling Meadows, IL 60008

Big River Equipment Co. Inc.
5875 State St.
Bettendorf, IA 52722

Blackhawk Specialty Products, Inc.
Blackhawk Sales Company
2116 5th Ave
Rock Island, IL 61201

Block Ready Mix Group
3636 W. River Dr.
Davenport, IA 52802

Bodycote Thermal Processing
7316 Durand Ave
Melrose Park, IL 60160

Bourn & Koch, Inc.
JP Morgan Chase
36856 Eagle Way
Chicago, IL 60678-1368

Bowe Machine Co.
PO Box 1570
Bettendorf, IA 52722-1570

Brake Products, Inc.
PO Box 23547
Chagrin Falls, OH 43301

Bremen Castings, Inc.
PO Box 10762
Fort Wayne, IN 46853-0762

C-Spec
PO Box 5188
Concord, CA 94524

The C.A. Lawton Co.
1950 Enterprise Dr.
PO Box 5430
De Pere, WI 54115-5430

Cal-Rite Corporation
1665 Quincy Ave #103
Naperville, IL 60540

Canfield & Joseph, Inc.
PO Box 471285
Tulsa, OK 74147

Canon Financial Services, Inc.
14904 Collections Center Dr.
Chicago, IL 60693-0149

Cardtronics USA, Inc.
3250 Briarpark Dr., Suite 400
Houston, TX 77042

Carlin Automation Inc.
PO Box 3431
1725 20th St.
Rock Island, IL 61201

Carpenter Brothers, Inc.
Box 88113
Milwaukee, WI 53288-0113

CarQuest Auto Parts Stores
PO Box 404875
Atlanta, GA 30384-4875

Cartridge World - Utica
5252 Utica Ridge Rd.
Davenport, IA 52807-3872

Caterpillar Financial Services Corp
PO Box 730669
Dallas, TX 75373-0669

CC Partners I, LLC
c/o FCF Partners LP
250 West Coventry Court, Suite 201
Milwaukee, WI 53217

CDW Direct LLC
PO Box 75723
Chicago, IL 60675-5723

CEM Corporation
12750 Collections Center Dr.
Chicago, IL 60693

Certified Laboratories
23261 Network Place
Chicago, IL 60673-1232

CH Robinson Co. Inc.
PO Box 9121
Minneapolis, MN 55480-9121

Chemsearch
23261 Network Place
Chicago, IL 60673

Christy Refractories Co. LLC
PO Box 6167
Carol Stream, IL 60197-6167

Cintas Corporation #762
PO Box 631025
Cincinnati, OH 45263-1025

Citibank NA c/o SGS North America
PO Box 2502
Carol Stream, IL 60132-2502

Citrix Online, LLC
File 50264
Los Angeles, CA 90074-0264

Coface North America, Inc.
c/o James L. O'Brien Assoc Inc.
1035 W. Lake St.
Chicago, IL 60607-1726

Communication Innovators Inc.
1301 NE 56th St.
Pleasant Hill, IA 50327

Complete Heat Treating
125 E. Greenfield Ave
Milwaukee, WI 53204-2937

Con-Way Freight
PO Box 5160
Portland, OR 97208-5160

Conductix, Inc.
PO Box 809090
Chicago, IL 60680

Constellation New Energy - Gas Division,
9960 Corporate Campus Dr. Suite 2000
Louisville, KY 40223

Continental Fire Sprinkler Co.
4518 S. 133rd St.
Omaha, NE 68137

Control Application & Maintence, Inc.
2832 5th St.
Rock Island, IL 61201

Control Specialists
PO Box 6770
Evansville, IN 47719-0770

Cores for You
160 Hamilton Industrial Park
Hamilton, IL 62341

Coventry Capital Partners, Inc.
250 W. Coventry Ct. Suite 201
Milwaukee, WI 53217

CP Rail System
105 South 5th St.
Box 530
Minneapolis, MN 55440-0530

Crack Eliminator
PO Box 235
Oak Creek, WI 53154

Crane Pro Parts
PO Box 644994
Pittsburgh, PA 15264-4994

Crescent Electric Supply
PO Box 500
East Dubuque, IL 61025-4420

Crescent Electric Supply Company
c/o Piper Hughes, Esq.
PO Box 2165
Cedar Rapids, IA 52406

CS Technologies
PO Box 260
Eldridge, IA 52748-0260

CT Corporation
PO Box 4349
Carol Stream, IL 60197-4349

CT Products, LLC
c/o McDonald, Woodward & Carlson, P.C.
3432 Jersey Ridge Road
Davenport, IA 52807

CT Products, LLC
PO Box 4810
Davenport, IA 52808-4810

Culligan of Davenport
701 W. 76h St.
Davenport, IA 52806

Dan's Overhead Doors
1810 Dan's Drive NW
North Liberty, IA 52317

Davenport Electric Contract Co.
Po Box 4229
Davenport, IA 52808

David J. Joseph Co.
Brokerage Services Division
PO Box 632960
Cincinnati, OH 45263-2960

Hal Davis
920 College Ave
Davenport, IA 52803

Dearboard Crane and Engineering Co
1133 E. Fifth St.
Mishawaka, IN 46544

Dell Financial Services
Payment Processing Center
PO Box 5292
Carol Stream, IL 60197-5292

Dell Financial Services L.L.C.
PO Box 5292
Carol Stream, IL 60197-5292

Dell Financial Services L.L.C.
Mail Stop-PS2DF-23
One Dell Way
Round Rock, TX 78682

Dell Marketing LP
c/o Dell USA LP
PO Box 802816
Chicago, IL 60680-2816

Dietert Foundry Testing Equipment
9190 Roselawn
Detroit, MI 48204

Dimensional Graphics
1320 West Kimberly Rd.
Davenport, IA 52806

Direct Path
fka Labrinth Healthcare
633 w. Wisconsin Ave
Milwaukee, WI 53203

Diversified Benefit Services, Inc.
PO Box 260
Hartland, WI 53029

Diversified Nonferrous Tech Inc,
PO Box 85
Trussville, AL 35173-0085

Dohrn Transfer Company
PO Box 83138
Chicago, IL 60691-0138

E91, Inc.
PO Box 310055
Des Moines, IA 50331-0055

Eagle Engineering, Inc.
PO Box 64
2701 S. 1st St.
Eldridge, IA 52748

Earle M. Jorgensen Co. Quad Cities
75 Remittance Dr. Suite 6445
Chicago, IL 60675-6445

Eastern Iowa Tire
8528 Northwest Blvd
Davenport, IA 52806

EasyPower, LLC
7730 SW Mohawk St.
Tualatin, OR 97062

EDM ZAP Parts, Inc.
1108 Front St.
Lisle, IL 60532-2258

Electronic Engineering
5000 Tremont Ave Suite 201
Davenport, IA 52807

Embroidme-Davenport
2222 E 53rd St. Suite 2
Davenport, IA 52807

EMC Insurance Companies
Abby Freerksen - Accounting
717 Mulberry St.
Des Moines, IA 50309

EMC Insurance/IA
c/o Piper Hughes, Esq.
PO Box 2165
Cedar Rapids, IA 52406-2165

Energetics
4901 Prairie Dock Drive
Madison, WI 53718

Engles Trucking Services, Inc.
PO Box 1090
Franklin, PA 16323

Enviromark
7301 Vine St. Ct.
Davenport, IA 52806

Eriez Manufacturing
2200 Asbury Rd.
Erie, PA 16506

Exact Metrology Inc.
PO Box 7536
Algonquin, IL 60102

Fastenal Company
PO Box 978
Winona, MN 55987-0978

FCF Partners LP
250 West Coventry Court, Suite 201
Milwaukee, WI 53217

FCF Partners, LP
515 Crescent Lane
Thiensville, WI 53092

Fed Ex
PO Box 94515
Palatine, IL 60094-4515

Fed Ex Freight
Dept CH
PO Box 10306
Palatine, IL 60055-0306

Federal Insurance Company
c/o McDonald, Woodward & Carlson, P.C.
3432 Jersey Ridge Road
Davenport, IA 52807

Fermet Steel & Metal Works, Ltd.
PO Box 076
Kiryat, Atta 28100
Israel

Ferrellgas, LP
PO Box 173940
Denver, CO 80217-3940

First Insurance Funding
450 Skokie Blvd, Suite 1000
Northbrook, IL 60062-7917

Flash, Inc.
PO Box 574
Green Lake, WI 54941

Flex-Pac, Inc.
PO Box 623129
Indianapolis, IN 46262-3129

Ford Photography
2008 15th St. A
Moline, IL 61265

Foseco, Inc.
5645 Collections Center Dr
Chicago, IL 60693

Foundry Sand Service, LLC
5401 Victoria Dr. Suite 100
Davenport, IA 52807

G & K Services
7813 Solution Center
Chicago, IL 60677-7008

G & W Patterns, Inc.
3875 S. Woelfel Rd
New Berlin, WI 53146

Gardner Engineering Inc.
3825 Hickory Grove Road
Davenport, IA 52806

General Electric Company
16201 Three Wide Drive E 206
Fort Worth, TX 76177

General Kinematics Corp
PO Box 345
Crystal Lake, IL 60039-0345

General Pattern Corp
235 40th St.
Moline, IL 61265

Gett Industries, Inc.
c/o Steven E. Balk, Esq.
105 7th Street
Silvis, IL 61282

Gett Industries, Ltd.
7307 50th
Milan, IL 61264

Glass Service Center
4401 11th St.
Macon, GA 31201

Global Equipment Co., Inc.
29833 Netowrk Place
Chicago, IL 60673-1298

Godfrey & Kahn
Bin #318
Milwaukee, WI 53288-0318

Grainger
Dept 802717033
Palatine, IL 60038-0001

Graphic Products
PO Box 4030
Beaverton, OR 97076-4030

Guaranteed Pattern
1135 Pioneer B Trail
Waukesha, WI 53186

Gudgeon Thermfire International, Inc.
420 Neptune Cres
London, Ontario N6M 1A1
CANADA

Hach Co.
2207 Collections Center Dr.
Chicago, IL 60693

Hagemeyer North America Inc.
Po Box 404753
Atlanta, GA 30384-4753

Harbor Freight Tools USA Inc.
PO Box 748076
Los Angeles, CA 90074-8076

Hastie Mining & Trucking
Rt. 1 Box 55
Cave in Rock, IL 62919

Hempel Pipe & Supply Inc.
921 S. Rolff St.
Davenport, IA 52802

Henry County Clerk
RE: 17-SC-17K
14th Judicial Circuit, Kewanee Division
401 East Third Street
Kewanee, IL 61443

Heraeus Electro-Nite Co.
88736 Expedite Way
Chicago, IL 60695-1700

Holland Inc.
27052 Network Place
Chicago, IL 60673-1270

Holmes Murphy & Associates
3001 Westown Parkway
West Des Moines, IA 50266

Holming Fan & Fabrication
6900 N. Teutonia Ave
Milwaukee, WI 53209

Home Depot Credit Services
Dept 32-2506568777
PO Box 9055
Des Moines, IA 50368-9055

Hometown Plumbing & Heating
13606 118th Ave
Davenport, IA 52804

Wesley B. Huisinga, Esq.
Trustee for Henschen Manufacturing Co.
Shuttleworth & Ingersoll, PLC
PO Box 2017
Cedar Rapids, IA 52406

Hydraulic Solutions
216 40th St.
Moline, IL 61265-1649

IFM Efector Inc.
PO Box 8538-307
Philadelphia, PA 19171-0307

Insight Direct USA, Inc.
6820 S Harl Ave
Tempe, AZ 85283

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Iowa American Water
PO Box 94551
Palatine, IL 60094-4551

Iowa Department of Natural Resources
Wallace Building 4th Floor
502 E 9th St.
Des Moines, IA 50319

Iowa Department of Revenue
Hoover State Office Building
PO Box 10471
Des Moines, IA 50306-0471

Iowa Fluid Power, Inc.
PO Box 10107
Cedar Rapids, IA 52410-0107

Iowa Illinois Termite & Pest Inc.
3909 Marquette St.
Davenport, IA 52806

Iowa Machinery & Supply, Inc.
PO Box 797
Des Moines, IA 50303

Iowa Workforce Development
Unemployment Insurance Tax Bureau
1000 East Grand Ave.
Des Moines, IA 50319

Iowa-American Water
5201 Grand Ave
Davenport, IA 52807

Iowa-Illinois Termite & Pest Control
3909 North Marquette St.
Davenport, IA 52806

J&L Consulting
PO Box 270095
West Allis, WI 53227

Janda Motor Services, Inc.
PO Box 10045
Cedar Rapids, IA 52410-0045

Jerico Tool Company
721 E 59th St.
Davenport, IA 52807

JP Morgan Chase
PO Box 4475
Carol Stream, IL 60197-4475

K & K True Value Hardware
1818 Grant St.
Bettendorf, IA 52722

K & M Machine Fabricating Inc.
PO Box 218
20745 M-60 East
Cassopolis, MI 49031-0218

Karden Sales & Consulting, Inc.
9114 Virginia Rd. Unit 100
Lake in the Hills, IL 60156

KD Industries of Illinois, Inc.
c/o Barash & Everett, LLC
211 West Second Street
Kewanee, IL 61443

KD Industries of Illinois, Inc.
1134 W. South St.
Kewanee, IL 61443

Komatsu Mining
4400 West National Ave
Milwaukee, WI 53214-3684

Konecranes, Inc.
PO Box 641807
Pittsburgh, PA 15264-1807

KRC Enterprises, LLC
dba Guardian Medical Logistics
PO Box 790379
Saint Louis, MO 63179

Kymbyl Komplete Kare, Inc.
1411 W. 5th St.
Coal Valley, IL 61240

L&M Accounts Inc.
(for Northwest Mechanical, Inc.)
c/o Dergo Law, P.L.L.C.
2200 52nd Avenue
Moline, IL 61265

Lanco Slings & Rigging, Inc.
4960 41st St. Court
Moline, IL 61265

Lane & Waterman
220 North Main St. Suite 600
Davenport, IA 52801-1987

Lanzen, Inc.
30980 Groesbeck Highway
Roseville, MI 48066

Liebovich Steel & Aluminum Co.
PO Box 1779
Cedar Rapids, IA 52406

Linco Refractory Supply Inc.
PO Box 515
Coal Valley, IL 61240-0515

Lindfield Corporate Services Ltd.
20th Floor, Suite 206
340 Queen's Road Central
Hong Kong
CHINA

Linfield Corporate Services, Ltd.
901B, Kinwick Centre
32 Hollywood Rd. Central
Hong Kong
CHINA

Linwood Mining & Minerals Corp
5401 Victoria Ave Suite 100
Davenport, IA 52807

Lloyd's Register Quality Assurance
PO Box 301030
Dallas, TX 75303-1030

Logan Contractors Supply Inc.
PO Box 5283
Des Moines, IA 50305

Macawber Engineering, Inc.
1829 Clydesdale St.
Maryville, TN 37801-3796

Machine Tooling Technology
420 Harvester Ct.
Wheeling, IL 60090

Magma Foundry Technologies
10 North Martingale Rd. Suite 425
Schaumburg, IL 60173

MailFinance
Dept 3682
PO Box 123682
Dallas, TX 75312-3682

MailFinance, Inc.
478 Wheelers Farms Rd.
Milford, CT 06461

Malespin Cleaning Services
2701 Clines Ford Dr.
Belvidere, IL 61008

Manley Brothers of Indiana, Inc.
PO Box 80
300 S. Vermillion st.
Troy Grove, IL 61372-0080

Marco, Inc.
NW 7128, PO Box 1450
Minneapolis, MN 55485-7028

Materials & Equipment Inc.
c/o Norm Boelk
5840 Jenny Lane
Bettendorf, IA 52722

Max's Cab Company
3112 Chateau Knoll
Bettendorf, IA 52722

McGuire Sponsel
201 N. Illinois St., Suite 1000
Indianapolis, IN 46204

McMaster Carr Supply Co.
PO Box 7690
Chicago, IL 60680-7690

Meadows Warehousing Company
Attn: Sue Jarvis, President
PO Box 1720
Bettendorf, IA 52722

Meadows Warehousing company
2250 W 76th St
Davenport, IA 52806

Mediacom
PO Box 5744
Carol Stream, IL 60197-5744

Pedro Mejia
c/o Robert T. Rosenstiel, Esq.
PO Box 4298
Rock Island, IL 61204-4298

Metal Surgery Milwaukee Ltd.
PO Box 370515
Milwaukee, WI 53237-0515

Metamora Industries
N8514JO
503 N. Niles St.
Metamora, IL 61548-0739

Metcast Service Tech Resources Inc.
Blast Cleaning Technologies
16211 W. Lincoln Ave
New Berlin, WI 53151

Metlife Industries
141 Mong Way
PO Box 53
Reno, PA 16343

Metro Tools & Abrasives
PO Box 788
Cedar Rapids, IA 52406-0788

Mid States Heating Services Inc.
3900 2nd Ave
Moline, IL 61265

Mid States Specialty Sales
c/o David A. Hunt
5440 1st Ave
Moline, IL 61265

MidAmerican Energy
PO Box 8020
Davenport, IA 52808-8020

MidAmerican Energy Services, LLC
PO Box 8019
Davenport, IA 52808-8019

Midstate Manufacturing Co
750 West Third St.
Galesburg, IL 61401

Midwest Air Compressor LLC
PO Box 536
Waupaca, WI 54981

Midwest Filtration LLC
9775 International Blvd
Cincinnati, OH 45246

Midwest Therapy Centers
PO Box 3488
Davenport, IA 52808-3488

Milwaukee Habitat for Humanity
Attn: Melissa Herguth
3726 N. Booth St.
Milwaukee, WI 53212

Mississippi Laser Inc.
7700 47th St.
Milan, IL 61264

Mitts & Merrill LP
28623 Lake Industrial Blvd
Tavares, FL 32778

Modular Space Corporation
12603 Collections Center Dr.
Chicago, IL 60693-0126

Tim Mohs
1582 Berryfield Ct.
Bettendorf, IA 52722

Morton Machining LLC
701 Flint Ave
Morton, IL 61550

Motion Industries
PO Box 98412
Chicago, IL 60693

Motion Industries, Inc.
c/o Blitt and Gaines, P.C.
2536 73rd Street
Urbandale, IA 50322

MRS - The Management Association
N19 W24400 Riverwood Dr
Waukesha, WI 53188

MSC Industrial Supply Co.
Dept CH 0075
Palatine, IL 60055-0075

N & M Transfer Co., Inc.
c/o Bertroche Law Office
PO Box 155
Cedar Rapids, IA 52406-0155

N&M Expedited
630 Muttart Rd.
Neenah, WI 54956-9752

N&M Transfer Co. Inc.
630 Muttart Rd
Neenah, WI 54956-9752

Natural Resource Technology
234 W. Florida St., Fifth Floor
Milwaukee, WI 53204

New Pig Corporation
One Pork Avenue
Tipton, PA 16684

Ningbo Daming Precision Casting Co. Ltd.
Hehua Bridge
Yunlong Town
Ningbo 315135
CHINA

Ningbo Qianhao Metal Product Co.
2086 Ningheng Sounth Rd.
Hengxi Town 315131
CHINA

Ningbo Yong Chao Mould Co. Ltd
Baqiao Region
Jiangkou St.
Zhejiang Province 315504
CHINA

Nite Ize
5660 Central Ave
Boulder, CO 80301

Northwest Mechanical, Inc.
5885 Tremont Ave
Davenport, IA 52807

Nott Company
NW-7779
PO Box 1450
Minneapolis, MN 55485-7779

NSL Central Testing LLC
4535 Renaissance Pkwy
Cleveland, OH 44125

O'Connell Machinery Co. Inc.
175 Great Arrow Ave
Buffalo, NY 14207

O'Connell Machinery Co., Inc.
c/o Piper Hughes, Esq.
PO Box 2165
Cedar Rapids, IA 52406

Oerlikon Fairfield Drive System Inc.
PO Box 7940
US 52 South
Lafayette, IN 47903

Oertel Sheet Metal
9104 Zenith Ave
Davenport, IA 52806

Olderog Tire Service Inc.
2316 Rockingham Rd.
Davenport, IA 52802

Omega Engineering Inc.
PO Box 405369
Atlanta, GA 30384-5369

Overhead Door Co. of Peoria
2376 Washington Rd.
Washington, IL 61571

Palmer Manufacturing & Supply Inc.
PO Box 2579
Springfield, OH 45501

Parts Engineering Co. LLC
PO Box 300048
Duluth, GA 30096-0300

Paylocity
3850 N. Wilke Rd.
Arlington Heights, IL 60004

PC Connection
730 Milford Rd.
Merrimack, NH 03054-4631

Peerless Energy Systems LLC
4601 South 76th Circle
Omaha, NE 68127

Pension Benefit Guaranty Corp.

Per Mar Security
PO Box 1101
Davenport, IA 52805

Petersen Plumbing & Heating
926 W. 3rd St.
Davenport, IA 52802

PGI
PO Box 404351
Atlanta, GA 30384-4351

Pier Foundry & Pattern Shop
51 State St.
Saint Paul, MN 55107

Plant Equipment Co. Inc.
PO box 3157
Rock Island, IL 61204-3157

Postal Source
21130 Holden Dr.
Davenport, IA 52804

PRI Inc.
161 Thorn Hill Rd.
Warrendale, PA 15086

PRIAC
Prudential Investment Mgmt Svcs
280 Trumbull St. H08
Hartford, CT 06103

Pride Machine & Tool, Inc.
1821 North 30th Ave
Melrose Park, IL 60160

Prince Minerals, Inc.
PO Box 71442
Chicago, IL 60694-1442

QC Analytical Services LLC
1798 Iowa Drive
Le Claire, IA 52753

QC Transport, Inc.
PO Box 83
Bettendorf, IA 52722

Quad Cities Chamber of Commerce
622 19th St.
Moline, IL 61265

Quad City Occupational Health
PO Box 3488
Davenport, IA 52808-3488

Quad City Safety Inc.
PO Box 1720
Davenport, IA 52809-1720

Quad City Testing Lab Inc.
21112 Scott Park Rd.
Davenport, IA 52807

Quant Corporation
400 Travis lane Unit 28
Waukesha, WI 53189

Quincy Compressor LLC
Department 3427, Lockbox 893427
PO Box 123427
Dallas, TX 75312-3427

R&L Carriers
PO Box 10020
Port William, OH 45164

R-Con NDT INV
5605 Freitag Dr.
Menomonie, WI 54751

Raynor Door Inc of the Quad Cities
2370 Westlake Blvd
Davenport, IA 52804

Recycling Solutions & Consultants
PO Box 468
Wood River, IL 62095

Red Wing Shoe Store
3014 E 53rd St.
Davenport, IA 52807

Red Wing Shoe Store
3301 Avenue of the Cities
Moline, IL 61265

Redridge Lender Services LLC
PO Box 776068
Chicago, IL 60677-6068

Refractory & Insulation Supply, Inc.
PO Box 391
Bettendorf, IA 52722-0007

Regalia Manufacturing Co.
PO Box 4448
Rock Island, IL 61204-4448

Republic Companies
PO Box 3807
Davenport, IA 52808

Republic Services
PO Box 9001154
Louisville, KY 40290-1154

Rexco Equipment
dba Bobcat of Quad Cities
1925 Blairs Ferry Rd NE
Cedar Rapids, IA 52402

Richardson Manufacturing Co.
2209 Old Jacksonville Rd.
Springfield, IL 62704

Rilco Fluid Care, Inc.
1320 1st St.
Rock Island, IL 61201

RIM Logistics Ltd
Deprtment 4026
PO Box 4653
Hinsdale, IL 60522-4653

River Valley Cooperative
PO Box 256
Eldridge, IA 52748

RK Dixon
PO Box 856699
Minneapolis, MN 55485-6699

Road Machinery & Supplies
SDS 12-0749
PO Box 86
Minneapolis, MN 55486-0749

Robert Half Finance & Accounting
PO Box 743295
Los Angeles, CA 90074-3295

Rock Island County Clerk
RE: No. 15AR208
14th Judicial Circuit Court
210 15th Street
Rock Island, IL 61201

Rock Island Electric Motor Inc.
PO Box 6190
Rock Island, IL 61204-6190

Rock Island Lubricants and Chemical, Inc
PO Box 5015
Rock Island, IL 61204-5015

Rockford Rigging
5401 Main Sail
Roscoe, IL 61073

Roemer Machine & Welding Co.
3053 Research Pkwy
Davenport, IA 52806

Rogan, Inc.
PO Box 908
Bettendorf, IA 52722

Russell Companies
1435 Brown St.
Bettendorf, IA 52722

Ryan & Assoc. Inc.
10955 160th St.
Davenport, IA 52804

Ryder Transportation Services
PO Box 96723
Chicago, IL 60693-6723

Ryder Truck Rental, Inc.
dba Ryder Transportation Services
430 W. 76th St
Davenport, IA 52806

S.J. Smith Co., Inc.
3707 W. River Dr.
Davenport, IA 52802

Sadler Machine Co.
4150 Thomas Dr. SW
PO Box 1716
Cedar Rapids, IA 52406-1716

Sadler Machine Co.
c/o Terry L. Gibson
2501 Grand Ave Suite B
Des Moines, IA 50312

Safety Kleen Corp
PO Box 650509
Dallas, TX 75265-0509

Schebler Company
PO Box 310181
Des Moines, IA 50331-0181

Schiff Hardin LLP
300 Crescent Court Suite 400
Dallas, TX 75201

Schwenker & Mougin, Inc.
1614 5th Ave
Moline, IL 61265

Scott County Clerk
RE: LACE129351
Scott County Courthouse
400 West 4th Street
Davenport, IA 52801-1034

Scott County Clerk
RE: LACE128218
Scott County Courthouse
400 West 4th Street
Davenport, IA 52801-1034

Scott County Clerk
RE: LACE129072
Scott County Courthouse
400 West 4th Street
Davenport, IA 52801-1034

Scott County Clerk
RE: LACE128929
Scott County Courthouse
400 West 4th Street
Davenport, IA 52801-1034

Scott County Clerk
RE: LACE127974
Scott County Courthouse
400 West 4th Street
Davenport, IA 52801-1034

Scott County Clerk
RE: LACE128935
Scott County Courthouse
400 West 4th Street
Davenport, IA 52801-1034

Scott County Clerk
RE: LACE128914
Scott County Courthouse
400 West 4th Street
Davenport, IA 52801-1034

Scott County Clerk
RE: LACE128765
Scott County Courthouse
400 West 4th Street
Davenport, IA 52801-1034

Scott County Clerk
RE:  LACE128299
Scott County Courthouse
400 West 4th Street
Davenport, IA 52801-1034

Scott County Small Claims Clerk
RE: SCSC210031
Scott County Courthouse
400 West 4th Street
Davenport, IA 52801-1034

Scott County Small Claims Clerk
RE: SCSC210194
Scott County Courthouse
400 West 4th Street
Davenport, IA 52801-1034

Scott County Treasurer
600 W 4th St.
Davenport, IA 52801-1003

Sedona Technologies Inc.
600 35th Ave
Moline, IL 61265

Seither & Cherry Quad Cities, Inc.
611 E 59th St.
Davenport, IA 52807

Selective Insurance
Lockbox 2747
PO Box 8500
Philadelphia, PA 19178-2747

Shanghai Soonv Special Alloy Co. Ltd
No. 35 Xiangxin Rd
Qingpu District, Shanghai
CHINA

Shannahan Crane & Hoist, Inc.
PO Box 790379
Saint Louis, MO 63179-0379

Shenyang Jinli Metals &
Minerals Imp & Exp Co., Ltd.
c/o Jonathan M. Causey, Esq.
505 5th Avenue, Ste. 535
Des Moines, IA 50309

Shenyang Jinli Metals & Minerals
Import & Export Co. Ltd
Room 15-4 No. 22
Shenyang 110014
CHINA

Sherwin Williams
3548 State St.
Bettendorf, IA 52722-6435

Siemens Product Lifecycle Mgmt Software
PO Box 2168
Carol Stream, IL 60132-2168

Simmers Crane Design & Service
1134 Salem Parkway
Salem, OH 44460

Smith S J Welding Supply
3707 W. River Dr.
Davenport, IA 52802

Special Olympics Iowa
PO Box 71664
Clive, IA 50325-0664

Speyside Machining Holdings, LLC
24 Frank Lloyd Wright Dr. Suite H3225
Ann Arbor, MI 48106

Speyside Machining Holdings, LLC
c/o Terry L. Gibson
2501 Grand Ave Suite B
Des Moines, IA 50312

Standard Forwarding Co. Inc.
62820 Collection Center Dr.
Chicago, IL 60693-0628

State Chemical Solutions
PO Box 74189
Cleveland, OH 44197-0268

Steel Founders' Society of America
780 Mcardle Dr. Unit G
Crystal Lake, IL 60014

Steel Wind Industries, Inc.
7550 S. 10th St.
Oak Creek, WI 53154

Straight Shot Express
PO Box 2190
Davenport, IA 52809-2190

Strategy in Progress, LLC
PO Box 1303
Bettendorf, IA 52722

Suncoast Packaging Inc.
4125 Pipestone Rd.
PO Box 120
Sodus, MI 49126

Syntron Material Handling, LLC
PO Box 96138
Chicago, IL 60693

TAG Communications, Inc.
230 E. Second St.
Davenport, IA 52801

Tall Grass Business Resources, Inc.
218 2nd St.
Coralville, IA 52241

TBK Bank SSB
fka Triumph Community Bank NA
852 Middle Rd.
Bettendorf, IA 52722

TBK Bank SSB
c/o J. Mark Fisher, Esq.
Schiff Hardin LLP
233 S. Wacker Dr., Ste. 7100
Chicago, IL 60606

TBK Bank, SSB
c/o Richard A. Davidson
220 N. Main St. Suite 600
Davenport, IA 52801-1987

TCCI Mfg.
2120 North 22nd St.
Decatur, IL 62526

Team Industrial Services Inc.
PO Box 842233
Dallas, TX 75284-2233

Teledyne ISCO Inc.
 Dept 1175
PO Box 121175
Dallas, TX 75312-1175

Thunder Bay Pattern Works
44345 Macomb Industrial Dr.
Clinton Township, MI 48036

Timberline Pallet & Skid, Inc.
PO Box 631
East Moline, IL 61244

Tinker Omega Manufacturing
PO Box 328
2424 Columbus Ave
Springfield, OH 45503

Titan Machinery Inc.
3136 76th St. West
Davenport, IA 52806

Tool House, Inc.
5205 South Emmer Dr.
New Berlin, WI 53151-1194

Toolcraft Co. Inc.
W194 N11092 Kleinmann Dr.
Germantown, WI 53022

Total Quality Logistics
PO Box 634558
Cincinnati, OH 45263-4558

Travis County Clerk
RE: D-1-GN-17-001151
Travis County 98th District Court
PO Box 1748
Austin, TX 78767

Tri Aerospace LLC
1055 South Hunt St.
Terre Haute, IN 47803

Tri State Fire Control, Inc.
2316 4th Ave
Moline, IL 61265

Tri-City Electric Co.
6225 N Brady St.
Davenport, IA 52806-0002

Trimborn Tooling Design LLC
W235 S6720 Salem Court
Waukesha, WI 53189-9379

Trinity Consultants
12770 Merit Dr. Suite 900
Dallas, TX 75251

Tuf-Lok International
PO Box 5078
Madison, WI 53705

Tully Industrial Inc.
PO Box 249
Davenport, IA 52805

Tungsten Network Inc.
PO Box 535146
Atlanta, GA 30338

U.S. Bank Equipment Finance
1310 Madrid Street
Marshall, MN 56258

U.S. Energy Services, Inc.
32604 Collection Center Dr.
Chicago, IL 60693-0604

UI Labs
Attn: DMDII Finance
1415 N. Cherry Ave.
Chicago, IL 60642

United Auto Workers
4589 NW 6th Dr.
Des Moines, IA 50313

United Steel Workers of America
PO Box 98517
Chicago, IL 60693

United Steelworkers
PO Box 98517
Chicago, IL 60693

Universal Welding and Engineering
1709 Pearl St.
Waukesha, WI 53186

UPS Freight
28013 Network Place
Chicago, IL 60673-1280

US Bank Equipment Finance
PO Box 790448
Saint Louis, MO 63179-0448

US Bank Equipment Finance
1310 Madrid St., Suite 101
Marshall, MN 56258

Van Hydraulics, Inc.
25 Gooding St.
Conklin, MI 49403

Van Meter Industrial LLC
850 32nd Ave SW
Cedar Rapids, IA 52404

Various Salaried Key Employees

Venture Measurement
150 Venture Blvd.
Spartanburg, SC 29306

Verizon Wireless
PO Box 25505
Lehigh Valley, PA 18002-5505

VWR Scientific LLC
PO Box 640169
Pittsburgh, PA 15264-0169

Walker National, Inc.
60C Solferino St.
Worcester, MA 01604

Walmart Stores, Inc.
c/o Bank of America
PO Box 60982
Saint Louis, MO 63160-0982

Waltz-Holst Blow Pipe co. Inc.
230 Alta Dale SE
Ada, MI 49301-9113

Dale Weeldreyer
5828 Crestwood Dr.
Fort Collins, CO 80528

Wells Fargo Bank, N.A.
300 Tri-State International Pkwy
Suite 400
Lincolnshire, IL 60069

Wells Fargo Vendor Fin Services
PO Box 105710
Atlanta, GA 30348-5710

Wheelabrator Group
PO Box 73987
Chicago, IL 60673

Whirl Air Flow Corporation
20055 177th St.
Big Lake, MN 55309

Wynn Environmental
211 Camars Dr.
Warminster, PA 18974

YMH Torrance Inc.
PO Box 460
Hiawatha, IA 52233-0460

Zenar Corporation
PO Box 107
7301 S 6th St.
Oak Creek, WI 53154-0107

Zhejiang Wujing Machine Mfg Co. Ltd.
No 108 Qingnian Rd.
Wuyi County, Zhejiang Province
CHINA

Zhengzhou Hi-Tech Mechanical Industry Co
18 Yulan St.
Zhengzhou H. Zhengzhou
Henan Province 450001
CHINA

# United States Bankruptcy Court
## Southern District of Iowa

In re    **Sivyer Steel Corporation**

Debtor(s)

Case No.

Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **Sivyer Steel Corporation**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**FCF Partners LP**
**250 West Coventry Court, Suite 201**
**Milwaukee, WI 53217**

☐ None [*Check if applicable*]

**March 14, 2018**

Date

**/s/ Jeffrey D. Goetz**

**Jeffrey D. Goetz**

Signature of Attorney or Litigant

Counsel for    **Sivyer Steel Corporation**

**Bradshaw, Fowler, Proctor & Fairgrave PC**

**801 Grand Avenue,  Suite 3700**
**Des Moines, IA 50309-8004**
**515-243-4191 Fax:515-246-5808**
**www.bradshawlaw.com**