# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| In re:<br><br>**SIVYER STEEL CORPORATION**<br><br>　　Debtor and Debtor in Possession.<br><br>225 S. 33rd St.<br>Bettendorf, IA  52722<br><br>EIN:  39-0617810 | Case No.   18-00507-als11<br><br>Chapter 11<br><br>Hon Anita L. Shodeen<br><br>**ORDER GRANTING DEBTOR'S AMENDED EMERGENCY MOTION FOR ORDER AUTHORIZING DEBTOR TO HONOR PRE-PETITION OBLIGATIONS TO EMPLOYEES AND BRIEF IN SUPPORT**<br><br>No Hearing Set<br><br>Date Entered on Docket: *March 14, 2018* |

　　On March 14, 2018, Sivyer Steel Corporation ("Sivyer" or the "Debtor"), Debtor and Debtor-in-Possession herein, filed its Amended Emergency Motion for Order Authorizing Debtor to Honor Pre-Petition Obligations to Employees and Brief in Support (Docket Item 12) (the "Motion"), seeking entry of an order authorizing the Debtor to (i) pay pre-petition accrued employee wages, salaries, related taxes and reimbursable expenses; (ii) honor certain employee benefit obligations; and (iii) honor all other terms and conditions of its employees' employment obligations.

　　NOW THEREFORE, on the Motion and the record before the Court with respect to the Motion, and good cause appearing,

　　IT IS HEREBY FOUND:

　　1)　　The Debtor's Motion is Granted;

2) The Debtor is authorized to (i) pay pre-petition accrued employee wages, salaries, related taxes and reimbursable expenses; (ii) honor certain employee benefit obligations; and (iii) honor all other terms and conditions of its employees' employment obligations.

GOOD CAUSE APPEARING, IT IS SO ORDERED

/s/ **Anita L. Shodeen**
Judge, U.S. Bankruptcy Court

Approved as to Form and Content:

*s/ Jeffrey D. Goetz*
Jeffrey D. Goetz, Esq.

Proposed General Reorganization
Counsel for Sivyer Steel Corporation,
Debtor and Debtor in Possession

*/s/ Richard A. Davidson*
Richard A. Davidson, Esq.

Counsel for TBK Bank, SSB


Parties receiving this Order from the Clerk of Court:
Electronic Filers in this Chapter Case