**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF IOWA**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Sivyer Steel Corporation, | ) | Case No. 18-00507-als11 |
| | ) | |
| | ) | **UNITED STATES TRUSTEE'S OBJECTION** |
| Debtor. | ) | **TO DEBTOR'S APPLICATION TO EMPLOY** |
| | ) | **SPECIAL CONFLICTS COUNSEL** |

The Acting United States Trustee, through the undersigned Trial Attorney, raises the following objection to Debtor's application to employ Lisa A. Epps and Spencer Fane LLP as Special Conflicts Counsel to the Debtor ("Conflicts Counsel"). In support of his objection the Acting United States Trustee ("UST") states as follows:

1. In addition to this application, also pending before this Court is Debtor's application to employ Jeffrey D. Goetz and the law firm of Bradshaw, Fowler, Proctor & Fairgrave, P.C. (the "Firm") as its General Reorganization Counsel. (D.N. 13)

2. In that application, the Firm acknowledged active representation of two of Debtor's scheduled creditors.

3. The UST has objected to Debtor's application to employ the Firm (D.N. 76), requesting the Court determine whether the Firm (1) holds or represents an interest adverse to the estate; and (2) the Firm's disinterestedness, which may give rise to an actual conflict between the Firm and the estate. 11 U.S.C. §§ 327(a) & (c).

4. Should the Court find Mr. Goetz and the Firm are disqualified from acting as Debtor's reorganization counsel, there would no longer be a need to retain Conflicts Counsel.

Wherefore, the United States Trustee objects to the Debtor's application to employ Lisa A. Epps and Spencer Fane LLP as Special Conflicts Counsel to the Debtor.

///

**James L Snyder**
Acting United States Trustee
Region 12

By:/s/ L. Ashley Zubal
**L. Ashley Zubal**
ID # IS9998256
Federal Building, Room 793
210 Walnut Street
Des Moines, Iowa 50309-2108
Ph: (515) 323-2269 / Fax: 284-4986
Ashley.Zubal@usdoj.gov

# CERTIFICATE OF SERVICE

I certify that a copy of this document was sent to the parties below on March 29, 2018.

Parties receiving electronic service:

- Steven E Balk    s.balk@silvislaw.com, G26120@notify.cincompass.com
- Cassandra B Caverly    caverly.cassandra@pbgc.gov
- Richard A Davidson    rdavidson@l-wlaw.com
- Timothy M Feeney    tfeeney@mcfe-law.com, pmoller@mcfe-law.com
- Alyson Fiedler    afiedler@schiffhardin.com
- J Mark Fisher    mfisher@schiffhardin.com
- Terry L Gibson    tgibson@2501grand.com, pstober@2501grand.com,sjewell@2501grand.com
- Jeffrey D Goetz    bankruptcyefile@bradshawlaw.com, goetz.jeffrey@bradshawlaw.com;carpe.pamela@bradshawlaw.com;warner.barbara@bradshawlaw.com
- Rachel L Hillegonds    hillegondsr@millerjohnson.com, ecfhillegondsr@millerjohnson.com
- Bradley R Kruse    bkruse@dickinsonlaw.com, hdorrell@dickinsonlaw.com
- Krystal R Mikkilineni    mikkilineni.krystal@bradshawlaw.com, warner.barbara@bradshawlaw.com;carpe.pamela@bradshawlaw.com;bankruptcyefile@bradshawlaw.com
- Johannes H Moorlach    moorlach@whitfieldlaw.com, robb@whitfieldlaw.com
- United States Trustee    USTPRegion12.DM.ECF@usdoj.gov
- Jin Yan    jyan@schiffhardin.com

Parties receiving hand or mailed service:

Jonathan L Gold
601 Pennsylvania Avenue NW
Suite 700 South
Washington, DC 20004

David A Hall
PO Box 306
Grand Rapids, MI 49501-0306

Robert D Wolford
PO Box 306
Grand Rapids, MI 49501-0306

Julie M Pierce
7100 W Donges Bay Road
Mequon, WI 53092

Michael J Small
321 North Clark Street
Suite 2800
Chicago, IL 60654-5313

By:/s/ Shelly W. Fellner
    **Shelly W. Fellner**
    Legal Clerk
    United States Trustee's Office