# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Sivyer Steel Corporation, | ) | Case No. 18-00507-als11 |
| | ) | |
| | ) | **UNITED STATES TRUSTEE'S REPLY TO** |
| Debtor | ) | **DEBTOR'S RESPONSE TO OBJECTION** |

The Acting United States Trustee files the following Reply to Debtor's Response to U.S. Trustee's Objection to Debtor's Application to Employ General Reorganization Counsel. To clarify information provided by Debtor in the Response, the Acting United States Trustee ("UST") states as follows:

1. In ¶ 8 of the Reply Debtor states that "One of the Firm's partners has a seat on EMC's board of directors." Debtor deliberately understates the nature of the Firm's partner's position with EMC. Rather than simply holding a seat on the board, partner David Proctor of Bradshaw, Fowler, *Proctor* & Fairgrave, P.C., is the Chairman of the Board of Directors for EMC. In that position Mr. Proctor receives significant compensation from EMC.

2. Bradshaw connection to EMC runs much deeper than just having Mr. Proctor as Chairman of the Board. The President of EMC, the General Counsel and the head of Human Resources are all former partners of Bradshaw. In addition, at least one attorney in the Office of General Counsel is a former Bradshaw Associate.

3. In ¶ 8 Debtor states that "EMC regularly asks the Firm to represent its insureds under various insurance policies provided to EMC's customers." However, Debtor fails to advise that EMC has retained members of the Bradshaw firm to provide bankruptcy advice on an as needed basis. In that respect, EMC has previously retained Donald Neiman and Jeffery Goetz to provide bankruptcy advice in cases involving their insureds.

Wherefore, the United States Trustee objects to the Debtor's application to employ Mr. Goetz and the Firm.

**James L Snyder**
Acting United States Trustee
Region 12

By: /s/ James L. Snyder
    **James L. Snyder**
    Acting United States Trustee
    ID # IS9999967
    Federal Building, Room 793
    210 Walnut Street
    Des Moines, Iowa 50309-2108
    Ph: (515) 323-2269 / Fax: 284-4986
    James.L.Snyder@usdoj.gov

**CERTIFICATE OF SERVICE**

I certify that a copy of this document was sent to the parties below on April 11, 2018.

Parties receiving electronic service:

- Steven E Balk    s.balk@silvislaw.com, G26120@notify.cincompass.com
- Thomas H Burke    burke@whitfieldlaw.com
- Cassandra B Caverly    caverly.cassandra@pbgc.gov
- Richard A Davidson    rdavidson@l-wlaw.com
- Timothy M Feeney    tfeeney@mcfe-law.com, pmoller@mcfe-law.com
- Alyson Fiedler    afiedler@schiffhardin.com
- J Mark Fisher    mfisher@schiffhardin.com
- Terry L Gibson    tgibson@2501grand.com, pstober@2501grand.com,sjewell@2501grand.com
- Jeffrey D Goetz    bankruptcyefile@bradshawlaw.com, goetz.jeffrey@bradshawlaw.com;carpe.pamela@bradshawlaw.com;warner.barbara@bradshawlaw.com
- Jonathan L Gold    jlgold@michaelbest.com
- James D Greenwood    jgreenwood@wkclawfirm.com, sgalindo@wkclawfirm.com;r53811@notify.bestcase.com
- Rachel L Hillegonds    hillegondsr@millerjohnson.com, ecfhillegondsr@millerjohnson.com
- Bradley R Kruse    bkruse@dickinsonlaw.com, hdorrell@dickinsonlaw.com
- Justin M Mertz    jmmertz@michaelbest.com, agbaumann@michaelbest.com
- Krystal R Mikkilineni    mikkilineni.krystal@bradshawlaw.com, warner.barbara@bradshawlaw.com;carpe.pamela@bradshawlaw.com;bankruptcyefile@bradshawlaw.com
- Johannes H Moorlach    moorlach@whitfieldlaw.com, robb@whitfieldlaw.com
- Michael J Small    msmall@foley.com, EKhatchatourian@foley.com
- Timothy J VanVliet    tim@midwestlawgroup.com
- Jin Yan    jyan@schiffhardin.com

Parties receiving hand or mailed service:

| | |
|---|---|
| David A Hall<br>PO Box 306<br>Grand Rapids, MI 49501-0306 | Julie M Pierce<br>7100 W Donges Bay Road<br>Mequon, WI 53092 |
| Robert D Wolford<br>PO Box 306<br>Grand Rapids, MI 49501-0306 | |

By:/s/ Shelly W. Fellner
**Shelly W. Fellner**
Legal Clerk
United States Trustee's Office