**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF IOWA
110 E. Court Avenue, Suite 300
Des Moines, Iowa 50309**
www.iasb.uscourts.gov

In the Matter of:

**Sivyer Steel Corporation**                                                     Case No. **18-00507-als11**

        Debtor(s)

**Notice and Order Regarding Telephonic Hearing on:
STATUS CONFERENCE Re:  Debtor's Emergency and Ex Parte Motion for an Interim Order (I) Authorizing Debtor to Use Cash Collateral; (II) Authorizing Debtor to Obtain Post-Petition Financing; (III) Granting Certain Liens; (IV) Modifying the Automatic Stay; (V) Approving Continuation of Factoring Arrangements; and (VI) Requesting a Final Hearing (#21) and Proposed Consent Order (#98)**
(date entered on docket:  April 19, 2018)

To:  **Jeffrey D. Goetz and Krystal R. Mikkilineni**, Attorneys for Debtor

---

**YOU ARE HEREBY NOTIFIED that the Court will conduct a telephonic hearing on April 24, 2018.  Participants should be prepared to dial into the conference call at 10:30 a.m. CST.**

    **Time allotted for Hearing:  1 Hour
Conference call number:  (888) 431-3632
Access Code:  5535854**

---

**Deadlines**

    **IT IS HEREBY ORDERED:**

1. **Objections**, if no bar date preceded this motion, are due on or before **N/A**.
2. **Exhibits,** if any, shall be exchanged and submitted by **N/A**. Exhibit list(s) must be filed with the Clerk of Court by the same date.
   - **Exhibits must be in pdf format.  Exhibits shall be submitted to the Clerk's Office on DVD/CD or USB drive OR to Chambers at als_exhibits@iasb.uscourts.gov**.
   - The electronic exhibits must be clearly labeled with the number or letter, which corresponds to the exhibit list.
   - Debtor(s) shall use consecutive numbers; Creditor(s) shall use consecutive letters.  If a matter involves multiple parties, self-explanatory acronyms should be used in addition to numbers or letters.
   - The exhibits submitted to the Clerk's Office will be identified, stored and utilized to designate the official record.
3. Briefs due on or before **N/A**.

---

**Scheduling/Continuances**

**If no objection is filed by the date indicated above, the court may enter an order on the uncontested matter and cancel the hearing.**

The parties shall promptly advise the judge's chambers at **515-284-6118** of any resolution or change in attorney handling the hearing.

An attorney seeking a continuance must file a motion to continue hearing that indicates good cause for the continuance and that contains a professional or verified statement that one's client and all opposing parties have been contacted and that those entities either consent to or resist the motion.

---

**Questions Regarding this Order**

    Contact Jan Kirschman, Courtroom Deputy, 515-323-2836, jmk@iasb.uscourts.gov or
Allie Quinn, Law Clerk, 515-284-6119, acq@iasb.uscourts.gov

                                                      /s/ Anita L. Shodeen
                                                      Anita L. Shodeen
                                                      U.S. Bankruptcy Judge