# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF IOWA

In the Matter of:                                                    Case No. **18-00507-als11**

**Sivyer Steel Corporation,**

                     Debtor

## FINAL DECREE
### (date entered on docket: April 19, 2024)

Having reviewed the Uncontested Motion for Entry of Final Decree filed by Michael L. Newsom, Trustee of the Liquidating Trust of Sivyer Steel Corporation, and the status of the case, the Court determines that the relief requested is appropriate under the circumstances and at this juncture.

**Therefore, it is hereby ORDERED that:**

**(1)** The specific relief requested in the prayer of the motion is granted.

**(2)** The Clerk of Court shall close this Chapter 11 case.

                                                                                     /s/ Lee M. Jackwig
                                                                                     Lee M. Jackwig
                                                                                     U.S. Bankruptcy Judge

Parties receiving this document from the Clerk of Court:
Electronic Filers in this Chapter 11 Case